Tony West
Assistant Attorney General
Civil Division
Timothy P. Garren
Director, Torts Branch
Constitutional and Specialized Tort Litigation
C. Salvatore D'Alessio
Senior Trial Counsel
Leah Brownlee Taylor, District of Columbia Bar No. 488966
Trial Attorney
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-616-4325
Fax: 202-616-4314

Attorneys for Defendant Zachary Simmons

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARDESTY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> SACRAMENTO ) <br> METROPOLITAN AIR QUALITY ) <br> MANAGEMENT DISTRICT, ) <br>   et. al., ) <br> ) <br> Defendants. ) | Case No. 2:10-cv-02414-KJM-JFM <br><br> **JOINT STIPULATION REGARDING ZACHARY SIMMONS'TIME TO RESPOND TO COMPLAINT; ORDER** |

Plaintiffs Joseph Hardesty and Yvette Hardesty and Defendant Zachary Simmons, by and through their attorneys of record, pursuant to Fed. R. Civ. P. 6 and 83 and *Local Rules* 143 and 144, hereby stipulate as follows:

IT IS HEREBY STIPULATED THAT, subject to the approval of the Court, the defendant Zachary Simmons is granted until April 29, 2011 to respond to the Complaint, or forty five business days after any Amended (First) Complaint that is filed, to respond to the Amended (First) Complaint. It is agreed that, entry into this stipulation does not waive any alleged defects in service of process, any defenses or objections to the claims in Plaintiffs' complaint.

IT IS SO STIPULATED .

Dated 3-3-11                                          LAW OFFICE OF DIANE ANDERSON

By: _____
     DIANE ANDERSON
     Attorney for Plaintiffs Joseph Hardesty and
     Yvette Hardesty

-and-

Tony West
Assistant Attorney General
Civil Division

Timothy Garren
Director, Torts Branch

C. Salvatore D'Alessio
Senior Trial Counsel

By:  /s/Leah Brownlee Taylor
     Trial Attorney
     U.S. Department of Justice
     Torts Branch, Civil Division
     Washington, D.C. 20044-7146
     Attorneys for the defendant Simmons

**ORDER**

**IT IS SO ORDERED.**

Dated: March 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

Stipulation And Order Extending Time For
Zachary Simmons To Respond To Complaint                    2