**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH HARDESTY, et al.      ) | |
|                            ) | Case No. 2:10-cv-02414-KJM-JFM |
| Plaintiffs,           ) | |
|                            ) | ORDER GRANTING THE |
|                            ) | DEFENDANT SIMMONS' CONSENT MOTION |
|                            ) | FOR LEAVE TO FILE A DISPOSITIVE |
|                            ) | MOTION IN EXCESS OF THE COURT'S PAGE |
| SACRAMENTO                 ) | LIMIT |
| METROPOLITAN AIR QUALITY  ) | |
| MANAGEMENT DISTRICT,        ) | |
|  et. al.,                  ) | |
|                            ) | |
| Defendants.         ) | |

The defendant Zachary Simmons' consent motion for leave to file a dispositive motion in excess of the Court's page limit is scheduled for hearing on June 8, 2010, at 10:00 am in Courtroom 3, of the United States District Court, Eastern District. Having considered the papers submitted by the parties, and good cause appearing therefor, the motion is submitted on the papers. The court grants defendant's consent motion for leave to file a dispositive motion and memorandum of points and authorities in excess of the court's page limit and accepts the defendant's dispositive motion and memorandum of points and authorities filed on April 29, 2011.

   IT IS SO ORDERED.

Date:  May 9, 2011.

_____

UNITED STATES DISTRICT JUDGE