Tony West
Assistant Attorney General
Civil Division
C. Salvatore D'Alessio, Jr.
Acting Director, Torts Branch
Constitutional and Specialized Torts Staff
Leah Brownlee Taylor
Trial Attorney
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-616-4325
Fax: 202-616-4314

Attorneys for Defendant Zachary Simmons

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH HARDESTY, et al. ) | Case No. 2:10-cv-02414-KJM-JFM |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | The Honorable Kimberly J. Mueller |
| SACRAMENTO ) | |
| METROPOLITAN AIR QUALITY ) | **Stipulation for a Continuance of the Scheduling** |
| MANAGEMENT DISTRICT, ) | **Conference** |
| et. al., ) | |
| ) | |
| Defendants. ) | |

Plaintiffs Joseph Hardesty and Yvette Hardesty and Defendant Zachary Simmons, by and through their attorneys of record, pursuant to Fed. R. Civ. P. 6 and 83 and *Local Rules* 143 and 144, hereby stipulate as follows:

1.      WHEREAS on March 7, 2011, this Court issued an order setting a scheduling conference for July 20, 2011. *See* Docket #33.

2.      WHEREAS under Federal Rule of Civil Procedure 26 (f)(1), all the parties

must meet and confer within twenty one ( 21) days prior to the scheduling conference to discuss a proposed discovery plan.  Fed. R. Civ. P.  26 (f)(1).  In addition, all the parties must jointly submit a proposed discovery plan outlining their "views and proposals" within fourteen (14) days after the met and confer conference.  Fed. R. Civ. P.  26 (f)(3).  Therefore, a meet and confer must take place on or before June 29, 2011.  A joint report must be submitted by the parties on or before July 13th, 2011.

3.        WHEREAS the Court's docket reflects that all of the defendants have filed dispositive motions and the plaintiffs have filed a motion to amend their complaint.  *See* Docket ##23, 26, 28, 37-3, 39, 42.  The Court has not had an opportunity to resolve the outstanding motions.  Therefore, it is unclear at this stage of the proceedings, what claims and parties will be involved in litigation and what discovery will take place.

4.        WHEREAS in the interests of judicial economy and preserving valuable time and resources, a scheduling conference should be continued until the Court has had an opportunity to resolve the outstanding motions, as the Court's rulings will undoubtedly affect the nature and scope of the current litigation.   The defendants for the County of Sacramento and its defendant employees and the State of California defendants also agree to a continuance of the scheduling conference;

IT IS HEREBY STIPULATED THAT, subject to the approval of the Court, the July 20, 2011scheduling conference is continued until the Court has had an opportunity to resolve the referenced outstanding motions.


IT IS SO STIPULATED .

Dated 6-17-11                              LAW OFFICE OF DIANE ANDERSON


                                    By:   /s/ Diane Anderson (as authorized on June 17, 2011)
                                          DIANE ANDERSON
                                          Attorney for Plaintiffs Joseph Hardesty and
                                          Yvette Hardesty

                                          -and-

1    Tony West
     Assistant Attorney General
2    Civil Division

3    Timothy Garren
     Director, Torts Branch
4
     C. Salvatore D'Alessio
5    Senior Trial Counsel

6
     By:   /s/Leah Brownlee Taylor
7          Trial Attorney
           U.S. Department of Justice
8          Torts Branch, Civil Division
           Washington, D.C. 20044-7146
9          Attorneys for the defendant Simmons

10

11

12                    **ORDER**

13   **IT IS SO ORDERED.**

14   Dated:  June 21, 2011.

15   _____
      UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28