KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTIANA TIEDEMANN, State Bar No. 105299
Supervising Deputy Attorney General
JOSEPH C. RUSCONI, State Bar No. 78814
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2150
 Fax: (510) 622-2270
 E-mail: Joseph.Rusconi@doj.ca.gov
*Attorneys for Defendants Dennis O'Bryant, Gay Norris, Steve Testa, Bret M. Koehler, and Curt Taras*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH HARDESTY and YVETTE HARDESTY,**<br><br>Plaintiffs,<br><br>v.<br><br>**SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,**<br><br>Defendants. | 2:10-CV-2414 GEB JFM<br><br>**STATE DEFENDANTS' DENNIS O'BRYANT, GAY NORRIS, STEVE TESTA, BRET M. KOEHLER, AND CURT TARAS' NOTICE OF MOTION; ANTI-SLAPP MOTION TO STRIKE; MOTION TO DISMISS SECOND AMENDED COMPLAINT (F.R.C.P. 12(b)(6))**<br><br>Date: September 28, 2012<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller<br>Trial Date: TBD<br>Action Filed: September 8, 2010 |

TO PLAINTIFFS JOSEPH HARDESTY, YVETTE HARDESTY AND THEIR ATTORNEYS OF RECORD:

NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on Friday, September 28, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Kimberly J. Mueller, in Courtroom 3,

1

located at 501 I Street, Sacramento, CA 95814, California, Defendants Dennis O'Bryant, Gay Norris, Steve Testa, Bret M. Koehler, and Curt Taras (sometimes collectively "State Defendants") will and hereby do move to dismiss plaintiff's second amended complaint ("SAC") on the grounds that the complaint fails to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for all of the following reasons:

1. As to defendants Curt Taras and Bret M. Koehler, that the 2-year statute of limitation contained in California Code of Civil Procedure section 335.1 had run prior to the filing of the SAC baring all of the claims pled in the SAC against Curt Taras and Bret M. Koehler.

2. As to all State Defendants, that the Eleventh Amendment to the United States Constitution bars all of plaintiffs claims against the State Defendants pled in the SAC when they are acting in their official capacities.

3. As to defendant Gay Norris, that the Court has already held that her conduct as pled in Count Nine of the SAC did not violate plaintiffs' substantive due process rights guaranteed by the Fourteenth Amendment to the United States Constitution.

4. As to all State Defendants, that the plaintiffs have not and cannot plead facts in Count Two of the SAC that the State Defendants violated plaintiffs "class of one" equal protection rights guaranteed by the Fourteenth Amendment to the United States Constitution..

5. As to Defendant Taras, that Count Five of the SAC does not allege facts sufficient to establish a violation by Taras of plaintiffs' procedural and substantive due process rights guaranteed by the Fourteenth Amendment to the United States Constitution.

6. As to all State Defendants, that Count Nine of the SAC does not allege facts sufficient to establish that the State Defendants violated plaintiffs' substantive due process rights guaranteed by the Fourteenth Amendment to the United States Constitution.

In addition, defendants Curt Taras and Bret M. Koehler move to strike all allegations against them pled in the SAC on the following basis:

1. That the SAC is a strategic lawsuit against public participation by plaintiffs against defendants Curt Taras and Bret M Koehler in violation of California Code of Civil Procedure section 425.16.

2

STATE DEFENDANTS' NOTICE OF MOTION; ANTI-SLAPP MOTION TO STRIKE; MOTION TO DISMISS SECOND AMENDED COMPLAINT (F.R.C.P. 12(b)(6)) (2:10-CV-2414 GEB JEM)

1    These motions are based upon the accompanying memorandum of points and authorities,
2  request for judicial notice and accompanying Declaration of Joseph C. Rusconi, the Declarations
3  of Curt Taras and Bret M. Koehler, this notice and motion, upon all pleadings and documents on
4  file herein, and upon any admissible evidence produced at the hearing on this matter.
5    WHEREFORE, defendants Dennis O'Bryant, Gay Norris, Steve Testa, Bret M. Koehler,
6  and Curt Taras move the Court for an order dismissing plaintiffs' SAC without leave to amend,
7  costs and attorneys fees as to Curt Taras and Bret M. Koehler pursuant to California Code of
8  Civil Procedure section 425.16(c), and/or such other relief that the Court may deem proper.

9  Dated: July 6, 2012                          Respectfully submitted,

10                                              KAMALA D. HARRIS
                                                Attorney General of California
11                                              CHRISTIANA TIEDEMANN
                                                Supervising Deputy Attorney General
12
                                                /s/ JOSEPH C. RUSCONI
13
                                                JOSEPH C. RUSCONI
14                                              Deputy Attorney General
                                                *Attorneys for Defendants Dennis O'Bryant,*
15                                              *Gay Norris, Steve Testa, Bret M. Koehler,*
                                                *and Curt Taras*
16  SA2011300024
    90253084.doc
17

3

STATE DEFENDANTS' NOTICE OF MOTION; ANTI-SLAPP MOTION TO STRIKE; MOTION TO DISMISS
SECOND AMENDED COMPLAINT (F.R.C.P. 12(b)(6))  (2:10-CV-2414 GEB JEM)