UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>      Defendants. | No.  2:10-CV-2414 KJM KJN |
| JAY L. SCHNEIDER, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>      Defendants. | No.  2:12-CV-2457 KJM KJN<br><br>ORDER |

        On May 1, 2014, a status conference was held in Schneider, et al. v. County of Sacramento, et al., 2:12-CV-2457 KJM KJN.  Richard Ross appeared for plaintiffs, Mark O'Dea appeared for County of Sacramento defendants and Sharon Muir appeared for defendant David Bieber.  After discussing the status of the case, Mr. Ross and Mr. O'Dea informed the court they

1

anticipated seeking consolidation of the matter with Hardesty, et al. v. Sacramento Metropolitan Air Quality Management District, et al., 2:10-CV-2414 KJM KJN. To expedite resolution of the consolidation question, given the suggestion that consolidation will achieve efficiencies in discovery, the court issues this order.

IT IS THEREFORE ORDERED that all parties in the above-captioned actions advise the court within fourteen days of the date of this order if any party objects to consolidation. If there is any objection, the court may order further briefing. If all parties believe the cases should be consolidated, they may file a stipulation and proposed order for the court's consideration.

Dated: May 6, 2014.

_____
UNITED STATES DISTRICT JUDGE

2