UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARDESTY and YVETTE HARDESTY,<br><br>  Plaintiffs,<br><br>  v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>  Defendants. | No. 2:10-cv-2414-KJM-KJN |
| JAY SCHNEIDER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2:12-cv-2457-KJM-KJN<br><br>ORDER |

Defendants Dennis O'Bryant, Gay Norris, Steve Testa, and Curt Taras have submitted a request to disclose David Gardner as a percipient expert witness in case number 10-cv-2414 identified above. ECF No. 197. In its previous order, the court determined that, without leave, "no further expert disclosures may be made by the parties remaining in the

1

1   *Hardesty* case," including by defendants O'Bryant, Norris, Testa, and Taras.  Further Am. Status
2   (Pretrial Sched.) Order, Oct. 15, 2014, at 4, ECF No. 196.  The court has reviewed the parties'
3   request, which was communicated to all parties and drew no objections, and finds good cause
4   exists to GRANT it.
5              IT IS SO ORDERED.
6    DATED:  May 14, 2015.

_____
UNITED STATES DISTRICT JUDGE