UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARDESTY and YVETTE HARDESTY,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>Defendants. | No. 2:10-cv-2414-KJM-KJN |
| JAY SCHNEIDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:12-cv-2457-KJM-KJN<br><br>ORDER |

        The plaintiffs and defendants in Case No. 10-2414, the *Hardesty* case, and Case No. 12-2457, the *Schneider* case, have each filed a joint status report and request to modify the scheduling order. *See* Defs.' Rep., ECF No. 213; Pls.' Rep., ECF No. 214. They request an order setting a schedule for the filing of a joint statement of undisputed facts and dispositive motions.

1

Defendant David Bieber, the sole remaining defendant in *Schneider et al. v. County of Sacramento*, et al., No. 12-2457, requests exemption from any consolidated briefing schedule, a request the court DENIES.

Having considered the parties' reports, the court orders as follows:

(1) The parties shall compile a Statement of Undisputed Facts to be filed with the court no later than September 18, 2015, with no dispositive motions to be filed before this date;

(2) Dispositive motions shall be filed no later than October 16, 2015;

(3) Oppositions shall be filed no later than December 4, 2015;

(4) Replies shall be filed no later than December 30, 2015;

(5) The court anticipates a combined hearing in January 2016; and

(6) Defendants O'Bryant, Norris, Testa, and Taras may file a consolidated motion for summary judgment supported by a memorandum of point and authorities of up to sixty-five pages; the consolidated brief in opposition may likewise not exceed sixty-five pages, and the consolidated reply shall not exceed thirty-two pages.

IT IS SO ORDERED.

DATED: August 18, 2015.

_____
UNITED STATES DISTRICT JUDGE