KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTIANA TIEDEMANN, State Bar No. 105299
Supervising Deputy Attorney General
DAVID G. ALDERSON, State Bar No. 231597
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2243
 Fax:  (510) 622-2270
 E-mail:  David.Alderson@doj.ca.gov
*Attorneys for Defendants Dennis O'Bryant, Gay Norris, Steve Testa, and Curt Taras*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH HARDESTY and YVETTE HARDESTY,**<br><br>Plaintiffs,<br><br>v.<br><br>**SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,**<br><br>Defendants. | 2:10-CV-2414 KJM KJN<br><br>[Partially consolidated with Case No. 2:12-CV-002457-KJM-KJN]<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS** |
| **JAY SCHNEIDER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF SACRAMENTO, et al.,**<br><br>Defendants. | |

1

All plaintiffs and defendants jointly stipulate to the following facts for the purposes of their motions for summary judgment:

1. During their involvement with the Schneider Historic Mine, Mr. O'Bryant and Ms. Norris worked for California's Office of Mine Reclamation, Mr. Testa worked for the State Mining and Geology Board, and Mr. Taras worked for the Central Valley Flood Protection Board.

2. Defendant O'Bryant was the Assistant Director of the Office of Mine Reclamation ("OMR") from approximately 2008 to his retirement in March 2011.

3. As Assistant Director of OMR, Mr. O'Bryant, among other tasks, supervised the managers of OMR's units and dealt with outside agencies.

4. Prior to 2008, Mr. O'Bryant held positions with various State agencies.

5. From approximately 1990 to 1999, Mr. O'Bryant was the head of OMR's predecessor agency.

6. Mr. O'Bryant, in essence, returned to his former job in 2008.

7. Mr. O'Bryant has a Bachelors Degree from the University of California at Berkeley with a dual major in Public Policy and Communications, and he has a Masters of Public Administration from California State University at Sacramento.

8. Defendant Norris was an engineering geologist in OMR's Compliance Unit from approximately 2007 to her retirement in April 2011.

9. Before 2007, Ms. Norris had primarily worked as an engineering geologist for the State of California Water Resources Control Board, Los Angeles Region, for 13 years.

10. Ms. Norris has a Bachelors of Science degree from the University of Texas at El Paso with a major in geology.

11. Ms. Norris's main duty at OMR was assisting counties with SMARA compliance issues.

12. Ms. Norris was mostly assigned to counties in Southern California, except during a short period when she was temporarily assigned to Sacramento County.

13. Ms. Norris also worked on compliance issues related to the AB 3098 list.

14. Defendant Testa has been the Executive Officer of the State Mining and Geology Board ("SMGB") since August 2005.

15. From 1976 until August 2005, Mr. Testa served as an engineering and environmental consultant for a variety of consulting firms.

16. Mr. Taras has a Bachelors Degree in civil engineering from the University of Illinois and a Masters Degree in structural engineering from the University of California at Davis.

17. When Mr. Taras started at the Flood Board in February 2009, he was the Chief of Encroachment Control and Land Use.

18. The Chief of Encroachment Control and Land Use position was re-titled to Chief of Enforcement in approximately August 2009.

19. In about October 2009, Mr. Taras's job title changed to Chief of Permitting and Enforcement, and he held that position for three to four years.

20. Mr. Taras's subsequent and final position with the Flood Board was as a regulation specialist and an aide to the Chief Engineer.

21. In May 2009, Mr. Taras and another engineer were jointly serving as the acting Chief Engineer, as the Chief Engineer position was vacant at the time.

22. The Schneider Historic Mine ("SHM") is owned by Jay Schneider and family.

23. The SHM consists of approximately 3,691 acres in eastern Sacramento County.

24. The SHM includes property north and south of Meiss Road.

25. The SHM includes property adjacent to the south bank of the Cosumnes River.

26. The SHM is comprised of approximately 21 Sacramento County Tax Assessor parcels: 128-070-012, 056, 058-061; 128-090-033, 034, 039-042 and 044; 128-0100-003, 046-049, and 052; and 128-0120-040 and 041

27. Hardesty Sand & Gravel ("HSG") has been operating at the SHM since the early 1980's.

28. HSG was owned and operated by plaintiffs Joseph and Yvette Hardesty.

29. By Mr. Hardesty's account, from approximately 1980 until the County of Sacramento ("County") approved a Reclamation Plan for the SHM in November 2002, Mr. Hardesty conducted mining activities at the SHM.

30. Sacramento County is the lead agency for purposes of enforcing SMARA in the County.

31. OMR staff inspected the SHM in July 1999.

32. After subsequent communications between OMR, the County, and Mr. Schneider, in September 1999 Mr. Schneider submitted to OMR the SHM's annual reports for years 1995 through 1998.

33. Each report provides the following information: HSG is the mining operator; the status of mining activities is active; the site is vested; and the County has not performed its annual inspection.

34. On July 8, 2002, the County faxed a draft reclamation plan to OMR staff.

35. The Resources Agency had received a letter from California State Senator Dave Cox dated October 3, 2008 about HSG's operations.

36. On January 9, 2009, Ms. Norris and April Balestreri, an analyst in OMR's Reporting Unit, drove by the SHM and followed a truck leaving from it.

37. When the truck stopped near a construction site, Ms. Norris and Ms. Balestreri pulled up alongside of the truck, and Ms. Norris got out of the car and approached the driver.

38. Ms. Norris identified herself and asked the driver where he was coming from and if this was his delivery stop.

39. He informed her that he was delivering material for the construction project across the street and that the material was from the SHM.

40. After she spoke with the truck driver, Ms. Norris went with Ms. Balestreri to the construction office.

41. They spoke with Anita Mehle, an engineer with S.J. Louis and project representative.

42. Ms. Mehle informed them that the project was for the East Bay Municipal Utility District ("EBMUD").

4

43. EBMUD is a local government agency in the State of California.

44. Ms. Norris told Ms. Mehle that Mr. Hardesty was not on the AB 3098 list and that they should not buy gravel from him.

45. Ms. Mehle replied that they did not want to be out of compliance and that she planned to make some phone calls.

46. On January 15, 2009, Scott Morris, an attorney for HSG and Mr. Schneider, contacted Ms. Balestreri and provided her with a new FAM for the SHM.

47. On or about January 30, 2009, El Dorado County Bank confirmed to the County and the DOC that it held a certificate of deposit payable to them in the amount of $94,888.34.

48. On February 2, 2009, Mr. Morris sent Ms. Balestreri a newly revised FAM for the SHM in the amount of $94,888.34.

49. Later that day, the County emailed Ms. Balestreri a copy of the FAM and informed her that the County found it adequate.

50. On February 4, 2009, Ms. Balestreri emailed Mr. Morris that the SHM had been placed on the AB 3098 list.

51. Mr. Schneider responded to the DOC's February 27, 2009 Inspection Report in a letter to Mr. O'Bryant and others dated March 16, 2009.

52. In the letter, Mr. Schneider disagreed that the operations were violating the reclamation plan and that the financial assurances were inadequate.

53. Ms. Norris's involvement with the SHM largely ended in January 2009, when her temporary assignment in Sacramento County concluded.

54. Within the DOC, OMR is responsible for maintaining, publishing, and otherwise administering the AB 3098 list. The SMGB is not responsible for maintaining, publishing, or otherwise administering the AB 3098 list.

55. Ms. Norris told Caltrans not to purchase material from a mining operation in Riverside County that was off the AB 3098 list.

56. The only other mining operation that Ms. Norris knew was off the AB 3098 list and which she believed was selling material was the Pacific Rock mine in Ventura County.

57. During the course of Mr. Bieber's retention, the Sacramento County Planning Department conducted the annual inspections of the Mine required under SMARA.

58. Following the inspections, the County issued a formal inspection report which contained the County's determination for the proper annual FACE.

59. The determination of the appropriate FACE amount for 2011 (Item 12 in the Amended Notice) was continued and eventually heard before the BZA on February 6, 2012.

60. An amended reclamation plan was not filed for the Schneider Historic Mine.

61. Mr. Bieber estimated that approximately 501,000 cubic yards of imported soils would be required to backfill the pits, with total backfilling costs of $6,240,548.

62. Mr. Bieber calculated the cost to backfill the pits with on-site materials (located in stockpiles commonly referred to as the 'pre-1976 stockpiles') to be $504,506.

63. A hearing was held on December 12, 2011 before the BZA regarding the Amended Notice.

64. The BZA approved and adopted Items 14 and 15 in the Amended Notice pertaining to the pits and pit slopes in Area 5.

65. David Bieber issued a report to the County on November 27, 2012 with a FACE calculation of $8,817,074, or alternatively $901,336 if the pre-1976 stockpiles could be utilized for backfill.

66. Defendant David Bieber was served with this lawsuit on April 29, 2013.

67. The SHM reclamation plan approved by the Sacramento County Board of Supervisors in November 2002 has never been amended.

68. At all relevant times, Liz Gregory (Gregory) was a Fish and Game Warden employed by the California Department of Fish and Game (DFG; now the California Department of Fish and Wildlife). As a Fish and Game Warden, Gregory was a type of peace officer.

69. At all relevant times, Joseph and Yvette Hardesty (the Hardesty Plaintiffs) operated a sand and gravel mining operation (the Hardesty Operation) at the Schneider Historic Mine property pursuant to an agreement with the owners of the Schneider Historic Mine property. The

1  Hardesty Plaintiffs did not own any of the real property on which they operated the Hardesty

2  Operation, and did not have a home on the property.

3     70. On or about August 6, 2008, Zachary Simmons called DFG regarding the Schneider

4  Historic Mine property, and spoke with an Acting Captain. His call was referred to Gregory,

5  whose patrol district included the area in which the Schneider Historic Mine property was

6  located.

7     DATED this 18th day of September, 2015.

| ROBERTSON, JOHNSON, MILLER & WILLIAMSON<br>50 W. Liberty Street, Suite 600<br>Reno, NV 89501 | OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Room 1520-25<br>Sacramento, CA 95814 |
|---|---|
| By: */s/ G. David Robertson*<br>*(as authorized on 9/18/15)*<br>G. David Robertson, Esq.<br>*Attorneys for Plaintiffs Joseph Hardesty and Yvette Hardesty* | By: */s/ Jeffrey P. Reusch*<br>*(as authorized on 9/18/15)*<br>Jeffrey P. Reusch, Esq.<br>Carolyn Nelson Rowan, Esq.<br>*Attorneys for Defendant Liz Gregory* |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 70550<br>Oakland, CA 94612 | LONGYEAR, O'DEA & LARVARA, LLP<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864 |
| By: */s/ David G. Alderson*<br>David G. Alderson, Esq.<br>*Attorneys for Defendants Dennis O'Bryant, Gay Norris, Steve Testa and Curt Taras* | By: */s/ Mark S. O'Dea*<br>*(as authorized on 9/18/15)*<br>Mark O'Dea, Esq.<br>*Attorneys for Defendant County of Sacramento* |
| LAW OFFICE OF RICHARD M. ROSS<br>770 L Street, Suite 950<br>Sacramento, CA 95814 | COLLINS COLLINS MUIR & STEWART<br>1999 Harrison Street, Suite 1700<br>Oakland, CA 94612 |
| By: */s/ Richard M. Ross*<br>*(as authorized on 9/18/15)*<br>Richard M. Ross, Esq.<br>*Attorneys for the Schneider Plaintiffs* | By: */s/ Sharon Sanner Muir*<br>*(as authorized on 9/18/15)*<br>Sharon Sanner Muir, Esq.<br>*Attorneys for Defendant David Bieber* |

SA2011300024
11986915