1  G. DAVID ROBERTSON, ESQ.
   California State Bar No. 111984
2  MARILEE BRETERNITZ, ESQ.
   California State Bar No. 12563
3  Robertson, Johnson, Miller & Williamson
   50 West Liberty Street, Suite 600
4  Reno, Nevada  89501
   Telephone No. (775) 329-5600
5  Facsimile No.  (775) 348-8300
   Attorneys for JOSEPH HARDESTY
6  and YVETTE HARDESTY

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>Defendants. | Case No.  2:10-cv-02414-KJM-KJN |
| JAY SCHNEIDER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | [Partially consolidated with]<br>Case No. 2:12-cv-2457-KJM-KJN |

### **EXHIBITS 1 - 92 TO THE HARDESTYS' STATEMENT OF DISPUTED FACTS**

Attached please find Exhibits 1 – 92 pertaining to The Hardestys' Statement of Disputed Facts filed on December 4, 2015.  Attempts to file these exhibits failed numerous times.

1  DATED this 7th day of December, 2015.

3  ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, NV 89501

By:  */s/ G. David Robertson*
G. David Robertson, Esq.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

EXHIBITS 1 - 92 TO THE HARDESTYS' STATEMENT OF DISPUTED FACTS
PAGE 2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action. I further certify that on the 4th day of December, 2015, I electronically filed the **EXHIBITS 1 - 92 TO THE HARDESTYS' STATEMENT OF DISPUTED FACTS** and thus, pursuant to LR 135(a), caused same to be served by electronic mail on the following:

Jeffrey P. Reusch, Esq.
Carolyn Nelson Rowan, Esq.
Office of The Attorney General
1300 I Street, Room 1520-25
Sacramento, CA 95814
*Attorneys for Defendant Liz Gregory*

David G. Alderson, Esq.
Office of The Attorney General
P.O. Box 70550
Oakland, CA 94612
*Attorneys for Defendants Dennis O'Bryant, Gay Norris, Steve Testa and Curt Taras*

Mark O'Dea, Esq.
Longyear, O'Dea and Larvara, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
*Attorneys for Defendant County of Sacramento*

Sharon Sanner Muir, Esq.
Ryan P. Harley, Esq.
Collins, Muir & Stewart, LLP
1999 Harrison Street, Suite 1700
Oakland, CA 94612
*Attorneys for David Bieber*

Richard M. Ross
Law Office of Richard M. Ross
8081 North Forbes Road
Lincoln, CA 95648
*Attorneys for Jay Schneider, et al.*

Glenn W. Peterson, Esq.
Millstone Peterson & Watts, LLP
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
*Attorneys for Jay Schneider, et al.*

                          */s/ Teresa W. Stovak*
                          An Employee of Robertson, Johnson, Miller & Williamson