# EXHIBIT "16"

# EXHIBIT "16"

# EXHIBIT "16"



Municipal Services Agency

Planning and Community
Development
Robert Sherry, Director

**County of Sacramento**

Jeff Gamel   Executive
ministrator



April 2, 2009

Mr. Joe Hardesty
Hardesty Sand & Gravel
10176 W. Stockton Blvd.
Elk Grove, CA 95758

EXHIBIT
319
O BRYANT

Subject:   Hardesty Sand & Gravel Mining Operation Conducted on the Schneider Ranch,
14026 Meiss Road, CA ID# 91-34-0042

Dear Mr. Hardesty:

The Planning Department has received the enclosed mining inspection report prepared by the Office of
Mine Reclamation (OMR), based on an inspection of the property on December 23, 2008. As a result of
this inspection, the following violations were noted:

1.  The mining operation can no longer be reclaimed in accordance with the reclamation plan approved by
    Sacramento County on November 6, 2002 (Control No. 00-REB-0178). During the inspection, OMR
    determined that 180 acres of the property is disturbed (rather than the 40 acres indicated on your
    annual report), and that the pit slopes exceed the maximum allowable length of 30 feet pursuant to the
    approved reclamation plan.
2.  The financial assurance currently on file ($94,888.34) is inadequate to cover the 180 acres that are
    currently disturbed.
3.  The pit walls for the mining area adjacent to the Cosumnes River are unstable, and OMR noted that
    these were actively failing at the time of their inspection.
4.  The sedimentation pond adjacent to the main plant area shows signs of recent failure and overtopping.
5.  The topsoil and growth media stockpiles are not marked as such, and lack effective erosion control
    measures.
6.  The depth of the pit, the unconsolidated alluvial material separating the pit from the Cosumnes River,
    and the un-engineered levee created by the operation result in an imminant and substantial risk of pit
    capture.
7.  Your annual reporting to OMR has not identified the recovery of gold for several years; however,
    OMR noted during their recent inspection that gold recovery equipment was in operation within the
    aggregate processing circuit on the property.

The reclamation plan, approved in 2002 must be amended to correct these violations. In addition, you must
post an interim financial assurance mechanism in the amount of $733,784, the amount deemed adequate by
OMR to reclaim an estimated 180 acres disturbed by your mining operation, based on the recent OMR

PAGE 1

March 31, 2009
Mr. Joe Hardesty
Page 2

inspection. The application to amend the reclamation plan should be filed with the Planning Department, and the current application fee is $12,916. Additional fees may be necessary for the environmental analysis as well. At a minimum, the application to amend the reclamation plan should include the following information:

1. A geotechnical report that demonstrates that pit slopes shall have a minimum slope stability factor of safety that is suitable for the end use.

2. Geotechnical and other appropriate engineering analysis designed to reduce the potential for pit capture.

3. Construction design for sediment pond containment structures that are in conformance with good engineering practices.

4. A plan to meet minimum performance standards for topsoil salvage, maintenance, and redistribution.

In addition to the above violations noted by OMR, the Planning Department has identified the following concerns:

1. The mining operation does not possess a current business license. A business license is required for all mining businesses operating in Sacramento County. See March 11, 2009, letter from the County's Business Licensing Unit (attached). Note that a business license cannot be approved until the amended reclamation plan is approved, and all violations have been remedied.

2. The current reclamation plan requires that on or before November 1st of each year, the mine operator will submit to the County Planning Department a Reclamation Plan Update Map, using the base map of the mining area that clearly indicates 1) areas that have been resloped and reseeded during the calendar year along with their GPS coordinates, 2) areas that have been resloped and reseeded during the prior years where reclamation is not deemed complete, including previously mined areas subject to remedial reclamation as per the August 2000 field inspection, 3) areas that have been resloped and reseeded during the prior years where reclamation is now deemed complete based on the success criteria in the plan, and 4) areas planned to be mined, resloped and reseeded during the coming year. Each area where reclamation is not deemed complete will clearly identify the year that it was resloped and reseeded. The Planning Department has never received such a map. Please submit a Reclamation Plan Update Map identifying information for each year since approval of the reclamation plan in 2002. A single update map is acceptable.

3. Aerial maps (see enclosed) appear to indicate that you have mined on the adjacent property that is owned by William and Melba Mosher (APN 128-0090-027). There is no active mining permit for this adjacent parcel, and this area is not addressed by your approved reclamation plan. Please provide an explanation for the mining that appears to be occurring on the adjacent property, and if associated with your mining operation, how you intend to reclaim the area.

March 31, 2009
Mr. Joe Hardesty
Page 3

4.  The County Building Inspection Division has no record of any building permit for structures associated with the mining operation on this property, such as the aggregate processing circuit. Please provide evidence that you have met all permit requirements for structures associated with this mining operation.

Please file an application to amend the reclamation plan within 30 days from the date of this letter, and take appropriate action to correct the above noted violations immediately. Failure to correct these violations may result in an Order to Comply in accordance with SMARA guidelines (reference to Public Resources Code Section 2774.1), and administrative penalties by the Planning Director of up to $5,000 per day. If you have any questions and to schedule an appointment to file an application, please contact Jeff Gamel at 874-5835, or at gamelj@saccounty.net.

Sincerely,

Robert Sherry
Director of Planning and Community Development

RS:JG:dlr

Encl: 4
Mining Inspection Report, prepared by OMR on February 23, 2009
Reclamation Plan approved on November 6, 2002
Aerial map showing location of off-site mining
Letter from Business Licensing Unit, March 11, 2009

cc:   Jay Schneider
      Dennis J. O'Bryant, OMR
      Supervisor Dickinson, District 1
      Supervisor Yee, District 2
      Supervisor Peters, District 3
      Supervisor MacGlashan, District 4
      Supervisor Nottoli, District 5
      Carl Simpson, Code Enforcement
      Cindy Storelli, Planning
      Amanda Bishop, Business Licensing Unit
      Krista Whitman, Supervising Deputy County Counsel
      Scott A. Morris, Kronick Moskovitz Tiedemann & Girard
      Richard M. Ross
      Jeff Gamel, Senior Planner

# EXHIBIT "17"

# EXHIBIT "17"

# EXHIBIT "17"

Page 2 of 2

U.S. Fish & Wildlife Service
2800 Cottage Way, Room W-2605
Sacramento, CA 95825-1888
[ph] 916-414-6675 [fax] 6712 or 6713
www.fws.gov/sacramento

"John Lane" <JLane@teichert.com>

03/07/2007 04:22 PM

To  <Justin_Cutler@fws.gov>
cc
Subject Hardesty Sand and Gravel

Hi Justin,

I hope that you find the attached aerial pictures interesting. They are of the Hardesty Sand and Gravel operation and represent the last couple years of their ongoing activities. They directly abut the Sloughhouse Project. I personally have had great issue over what I have seen out there over the fence over the last two years that I have worked on the Sloughhouse project. I have included snippets of their operation on our Sloughhouse figures hoping that someone might take notice. Recently, however, they have greatly expanded their operations to both sides of Meiss Road and have also stepped up their production and are now attempting to steal our customers through the sale of very cheaply priced product. Their low cost, undoubtedly, stems from the fact that they seem to be operating with impunity.

Generally producers do not dwell on the matters of other producers but when a single producer appears to be operating far outside their permits while simultaneously undercutting producers who take great effort and cost to operate within the rules, we will take exception. From our perspective, it does not do our industry any service. Additionally, it makes it harder for our own operations from a compliance standpoint while trying to compete.

To the best of our knowledge, this operator does not have a waste discharge permit, proper air permits, or any 404 or related permits.
They are located at the end of Meiss Road.

The air district is paying them a visit next week as well as the water board. It would give me great pleasure to know that a federal regulator also stopped by.

*John Lane*
Project Manager,
Aggregate Resource Development

Teichert Aggregates
3500 American River Drive
Sacramento, CA 95864
Office: (916) 484-3256
Mobile: (916) 837-3375
FAX:    (916) 484-7012



Δ π EXHIBIT  7
Simmons
Deponent_____
Date_____Rptr____
WWW.DEPOBOOK.COM

PAGE 1

**Ness, William W SPK**

| | |
|---|---|
| **From:** | Justin_Cutler@fws.gov |
| **Sent:** | Thursday, March 08, 2007 11:58 AM |
| **To:** | Ness, William W SPK |
| **Subject:** | Fw: Hardesty Sand and Gravel |
| **Attachments:** | meissrd200411x17v2.pdf; meissrd200611x17v2.pdf |

*Newly related ID # 200700045*

This is one of many anecdotal reports I've heard about this mining site. Wanna go visit together?

---

Justin Cutler
Senior Biologist
Sacramento Valley Branch
U.S. Fish & Wildlife Service
2800 Cottage Way, Room W-2605
Sacramento, CA 95825-1888
[ph] 916-414-6675 [fax] 6712 or 6713
www.fws.gov/sacramento

---

*Hardesty Sand & Gravel
10116 W. Stockton Blvd.
Elk Grove, CA  95758*

----- Forwarded by Justin Cutler/SAC/R1/FWS/DOI on 03/08/2007 11:56 AM -----

**Holly Herod/SAC/R1/FWS/DOI**

03/08/2007 11:34 AM

To   Justin Cutler/SAC/R1/FWS/DOI@FWS
cc   Kenneth Sanchez/SAC/R1/FWS/DOI@FWS
Subject   Re: Hardesty Sand and Gravel Link

forward to the Corps to see of their interest.  Do/did they have a BO or any ESA issues?

Holly Herod
Sacramento Valley Branch Chief
US Fish and Wildlife Service
2800 Cottage Way, Room W-2605
Sacramento, CA 95825
ph: 916-414-6645

**Justin Cutler/SAC/R1/FWS/DOI**

03/08/2007 07:20 AM

To   "John Lane" <JLane@teichert.com>
cc   Kenneth_Sanchez@fws.gov@FWS, Holly_Herod@fws.gov@FWS
Subject   Re: Hardesty Sand and Gravel Link

Thanks for the info John.  I've forwarded this to my supervisors to see what action they wish to take.

---

Justin Cutler
Senior Biologist
Sacramento Valley Branch

3/8/2007

---

**PAGE 2**

*2007.02227*

## Finan, Michael C SPK

From:     John Lane [JLane@teichert.com]
Sent:     Monday, November 26, 2007 1:36 PM
To:       Finan, Michael C SPK
Subject:  RE: Checking to verify that photos came through?

Mike,

Thank you for your work on this. As it stands, you have everything that I can provide you. The contact person at Sac County is Jeff Gamel (GamelJ@saccounty.net) and he is aware of the situation and may be able to provide ACOE more. His phone number s (916) 874-6141.

As I have expressed, I am extremely disappointed in the agencies on this one. As a person representing a company that spends a lot of time and resources to do the right thing and abide by the rules, I would hope that enforcement and a level playing field would be the core of any environmental program. As it stands, they continue operating with their new plant, located on a Greenfield site, loaded with wetlands, with no permits while we enter our fourth year working diligently and openly to acquire permits for the site next door! To give perspective: Last week our construction division lost a very large multi-million dollar job due principally to the price of gravel in the project: we would use our rock which includes substantial permitting costs (as with the cost of the other local major producers) while our competitor based their bid on rock artificially low priced material from Hardesty which has chosen to exploit the lack of agency enforcement. Expect this type of situation to get worse and the economy and budgets tighten and rock users seek the artificially low-priced operator. The bad guys get busier while the good guys lay off workers.

John

From: Finan, Michael C SPK [mailto:Michael.C.Finan@usace.army.mil]
Sent: Monday, November 26, 2007 1:07 PM
To: John Lane
Subject: RE: Checking to verify that photos came through?

John, I did receive them and shared them with Will Ness. He was familiar with it and had similar info from Justin Cutler from 2006. Will is out for December and it is not clear if he will be able to do anything on this in near future, so I provided the information to Kathy Dadey who is the Corps Section Chief for that area to assign to someone and/or act on as appropriate, including initial notice and coordination with EPA. If there is any additional information (e.g., site boundary on a USGS quad map, and/or pre-project aerials) or information from the County that would help us do an initial assessment of the extent of waters of the United States affected by the work, that may help to take first steps, including engaging EPA who are the 404 enforcement lead. -Mike

From: John Lane [mailto:JLane@teichert.com]
Sent: Monday, November 26, 2007 11:47 AM
To: Finan, Michael C SPK
Subject: Checking to verify that photos came through?

Mike,
Just wanted to make sure that the photos I send a couple weeks ago came through and that you have them.
Regards,

*John Lane*
PROJECT MANAGER.
AGGREGATE RESOURCE DEVELOPMENT

'25/2008

**PAGE 3**

rom:    Finan, Michael C SPK
 it:     Monday, November 26, 2007 4:01 PM
:       Dadey, Kathleen A SPK
:       Ness, William W SPK
ubject: Re: Hardesty Sand and Gravel violation

forwarding the message I just received without details on who sent it to help with anonymity.

,

k you for your work on this. As it stands, you have everything that I can provide you. The contact person at Sac County is Jeff
el (GamelJ@saccounty.net) and he is aware of the situation and may be able to provide ACOE more.  His phone number is
874-6141.

ave expressed, I am extremely disappointed in the agencies on this one.  As a person representing a company that spends a
time and resources to do the right thing and abide by the rules, I would hope that enforcement and a level playing field would
e core of any environmental program.  As it stands, they continue operating with their new plant, located on a Greenfield site,
d with wetlands, with no permits while we enter our fourth year working diligently and openly to acquire permits for the site
loor!  To give perspective: Last week our construction division lost a very large multi-million dollar job due principally to the
of gravel in the project: we would use our rock which includes substantial permitting costs (as with the cost of the other local
producers) while our competitor based their bid on rock artificially low priced material from Hardesty which has chosen to
t the lack of agency enforcement.  Expect this type of situation to get worse and the economy and budgets tighten and rock
seek the artificially low-priced operator.  The bad guys get busier while the good guys lay off workers.

t response to which he is responding  was:

ceive them and shared them with Will Ness.  He was familiar with it and had similar info from Justin Cutler from 2006. Will is
December and it is not clear if he will be able to do anything on this in near future, so I provided the information to Kathy
w   is the Corps Section Chief for that area to assign to someone and/or act on as appropriate, including initial notice and
ia   i with EPA.  If there is any additional information (e.g., site boundary on a USGS quad map, and/or pre-project aerials)
mation from the County that would help us do an initial assessment of the extent of waters of the United States affected by
k, that may help to take first steps, including engaging EPA who are the 404 enforcement lead. -Mike

inted to make sure that the photos I send a couple weeks ago came through and that you have them.
s,

07

**PAGE 4**

# EXHIBIT "18"

# EXHIBIT "18"

# EXHIBIT "18"

## Regulatory Enforcement Contact #'s

NOTE: Highlighted names are those we've met with

*FEDERAL*

US EPA
- Jim Vreeland
  Congressional Liasion
  (415)947-4198
  Vreeland.Jim@epa.gov
- Mary Butterwick
  Compliance Officer
  Butterwick.mary@epa.gov
  (415) 972-3481
- Amy Miller – CWA Compliance Mgr
  Miller.amy@epa.gov
  (415) 947-4198
- Dave Smith – Regional Mgr
  Smith.davidw@epa.gov
  (415) 972-3464
- Paul Jones – Life Scientist
  Jones.Paul@epa.gov
  (415)972-3470

US ACOE
- Will Ness – Office Chief (Enforcement)
  William.W.Ness@usace.army.mil
  (916) 557-5268
- Kate Dadey
  (916) 916) 557-7253
  kathleen.a.dadey@usace.army.mil
- Mike Jewell – Sacramento District Chief
  Michael.S.Jewell@usace.army.mil
  916.557.6605

US FWS
- Terry Adelsbach
  Phone: (916) 414-6683
  terry_adelsbach@fws.gov
- Ken Sanchez – Assistant Field Supervisor, Endangered Species Program
  (916) 414-6671
  Kenneth_sanchez@fws.gov
- Susan Moore
  Field Supervisor – Sacramento Office
  (916) 414-6700
  Susan_moore@fws.gov





PAGE 1

*STATE*

California Attorney Generals Office
- Dan Fuchs – Deputy Attorney General
  (916) 324-0002

Air Resources Control Board
  State Portables Program
- George Poppic – Senior Staff Council
  gpoppic@arb.ca.gov
  (916) 322-3940

California State Water Board
- Mark Bradley,
  Special Investigations Unit Chief
  916-341-5891.

California Regional Water Quality Control Board
  Central Valley Region
- Mary Serra
  Senior Water Resources Control Engineer
  MSerra@waterboards.ca.gov
- Wendy Wyels – Environmental Program Manager – WDR Section
  Wwyels@waterboards.ca.gov
  (916) 464-4835

Department of Conservation,
- Derek Chernow – (meeting to occur Tues., Mar. 30)
  Chief Deputy Director

  Office of Mine Reclamation
- Bret Koehler – Manager Compliance Unit
  Bret.M.Koehler@conservation.ca.gov
  (916) 445-0088
- Ken Trott – Reporting & Compliance Unit
  Ken.Trott@conservation.ca.gov
  (916) 445-6288

Department of Fish & Game
- Ken Hunting
  Deputy Director
- Sandra Morey
  Chief Deputy Director
- Kris Vyverberg
  Senior Engineering Geologist
  (916) 446-2182
  Kavberg@dfg.ca.gov
- Yvette Adams, Office Lieutenant
  (530) 225-2316
  (916) 653-4094 (Law Enforcement Division Main)
- Captain Mark Lucero
  916-358-2908

**PAGE 2**

## *COUNTY*

Sacramento County Supervisors

- Don Nottoli – 5th District Supervisor
  Chief of Staff, Pat Braziel
  Nottolid@saccounty.net
  (916) 874-5465
- Roger Dickenson
  Chief of Staff – Cortez Quinn
  Dickensonr@saccounty.net
  (916) 874-5485

Sacramento County Planning Department

- Jeff Gamel – Senior Planner, Aggregate Resource Manager
  GamelJ@saccounty.net
  (916) 874-5835
- Robert Sherry – Director
  Sherryr@saccounty.net
  (916) 874-61473

Sacramento Municipal Air Quality Management District (SMAQMD)

- Dave Grose – Division Manager, Stationary Sources
  DGrose@airquality.org
  (916) 874-4854
- Larry Greene – Air Pollution Control Officer/Executive Director
  LGreene@airquality.org
  (916) 874-4803

**PAGE 3**

EXHIBIT "19"

EXHIBIT "19"

EXHIBIT "19"

October 28, 2010

CONFIDENTIAL – DO NOT DISTRIBUTE

Page 1 of 12

**STRATEGY MATRIX:**
Hardesty Sand & Gravel

## FEDERAL AGENCIES

| AGENCY | PRIMARY CONTACT | AGENCY RESPONSE | TEICHERT STRATEGY & UPDATES |
|---|---|---|---|
| U.S. Environmental Protection Agency<br><br>(EPA and Corps have joint responsibility for enforcing Clean Water Act) | Amy Miller – CWA Compliance Mgr<br>Miller.amy@epa.gov<br>(415) 947-4198<br><br>Dave Smith – Regional Mgr (can push Amy to ensure enforcement)<br>Smith.davidw@epa.gov<br>(415) 972-3464<br><br>Jim Vreeland<br>Congressional Liasion<br>(415) 947-4298<br>Vreeland.jim@epa.gov<br><br>Mary Butterwick<br>Compliance Officer<br>(415) 972-3481<br>Butterwick.mary@epa.g<br>ov | No response to date. | • Met w/Peter Tateishi & Marilyn Erbes (Lungren) – discuss getting EPA involved in enforcement – 12/21.<br>• Follow-up meetings w/EPA, other agencies on 1/27, 2/22, 3/12. EPA to meet with other fed agencies to discuss enforcement options. Requested that meetings with Teichert cease for time being.<br>• Potential lawsuit by U.S. Atty.?<br>• Marilyn Erbes to coordinate follow-up meeting with federal agencies. |
| U.S. Army Corps of Engineers<br><br>(Clean Water Act) | Kate Dadey<br>(916) 557-7253<br>kathleen.a.dadey@usace.<br>army.mil | Issued "cease and desist" letter for impacting wetlands without a permit | • Met w/Peter Tateishi & Marilyn Erbes (Lungren) – discuss getting ACOE involved in enforcement – 12/21.<br>• Meeting w/ACOE, other agencies on 1/27, 2/22. |



| October 28, 2010 | | |
|---|---|---|
| | Mike Jewell – Sacramento District Chief Michael.S.Jewell@usace.army.mil 916.557.6605 | (6/4/08). Corps issue 2 more "cease and desist" letters – one to Schneider, one to Hardesty (dated 4/16/10 and 4/22/10, respectively). Letter to Schneider "solicits views of appropriate federal, State and local agencies" re: the activity. | Did not attend 3/12 meeting. Marilyn Erbes to request that Corps set meeting w/other fed agencies to discuss enforcement options. Marilyn to check in on progress.<br>• John Lane conferred with Mike Finan – Finan was told by his management that Corps "doing something" about Hardesty.<br>• Potential lawsuit by U.S. Atty.?<br>• Marilyn Erbes to coordinate follow-up meeting with federal agencies.<br>• Note that Corps employee Zach Simmons is named as a defendant in federal lawsuit filed 9/8/10. |

October 28, 2010 — CONFIDENTIAL – DO NOT DISTRIBUTE — Page 3 of 12

| | | | |
|---|---|---|---|
| U.S. Fish & Wildlife Service (Endangered Species Act) | Terry Adelsbach (916) 414-6000 Terry_Adelsbach@fws.gov | Terry A. & Dan Crum (law enforcement resident agent) went onsite (plant area) on 2/18. | • Met w/Peter Tateishi & Marilyn Erbes (Lungren) – discuss getting FWS involved in enforcement – 12/21. <br> • Follow-up meetings w/FWS, other agencies on 1/27, 2/22, 3/12 <br> • FWS found evidence (safe harbor application) that elderberry shrubs existed in/near location of pit adjacent to river. <br> • Potential habitat restoration grant (TNC/BOR) & easement for restoration of approx. 1,136 acres of Cosumnes River. Teichert to provide ALT/title report to Terry. <br> • Appears from analysis of aerial photos that impacts to wetlands/vernal pools occurred as result of Hardesty's operations. Teichert to provide more recent photos if possible. <br> • Terry/Ken S. to draft letter to Hardesty re: potential violations. |
| | Ken Sanchez – Assistant Field Supervisor, Endangered Species Program (916) 414-6671 Kenneth_sanchez@fws.gov | Letter issued 4/8/10 stating that 'take' of endangered species has likely occurred, and recommending that Hardesty stop ground-disturbing activities. | • Terry to speak w/Solicitor and his superiors (mgmt) re: VELB impact, easement and vernal pool impacts – decide if can go onsite. <br> • FWS to confer with other federal agencies re: enforcement. |
| | Susan Moore (Ken's boss) Field Supervisor – Sacramento Office (916) 414-6700 Susan_moore@fws.gov | | • Potential lawsuit by U.S. Atty.? <br> • Marilyn Erbes to coordinate follow-up meeting with federal agencies. |

October 28, 2010                     CONFIDENTIAL – DO NOT DISTRIBUTE                     Page 4 of 12

## STATE AGENCIES

| AGENCY | PRIMARY CONTACT | AGENCY RESPONSE | TEICHERT STRATEGY & UPDATES |
|---|---|---|---|
| California Attorney Generals Office | Matt Rodriguez Chief Assistant (916) 324-0002 | Pursued legal action related to OMR inspection. Judge requested hearing moved from early 2009 to later in year due to lack of immediate emergency since winter was over. | • T&W researched litigation – no formal record of why case dismissed. No re-initiation of case as of 7/22/10. |
| | Dan Fuchs – Deputy Attorney General | | • Possibility of bringing an "unfair competition" lawsuit (Bus. & Prof. Code section 17000 et seq.), either individually or in conjunction with AG? |
| | | | • Met with Matt Rodriguez on Aug. 25 re: violations, agency response. Rodriguez to speak with staff, agencies and determine next steps. Will report back to us. |
| | | | • 9/28 – Brian received response from Matt Rodriguez. AG will not be pursuing any claims against Hardesty/Schneider on its own. Will support other agencies and participate in active litigation. |
| | | | • 10/20- Brian met w/Matt Rodriguez, Dan Fuchs, Linda Berg. Will wait and see what County does. If no movement, may consider bringing action. |
| State Water Board | Mark Bradley, Special Investigations Unit Chief 916-341-5891. | Hardesty utilizing up to 8K gallons/minute from Cosumnes and intends to expand operation. Potential violation of state water laws (Code?). | • Brian Lungren – Potential lawsuit by Attorney General – violations of Cal ESA, Fish & Game Code? T&W has prepared list of potential claims. |
| | | | • John L. contacted Special Investigations chief (Mark Bradley) on 12/24 to educate him on Hardesty. SWRCB is requesting information from Regional Board re: CDFG findings of impacts. |
| Central Valley | Ann Olson – Water Resources Control | Issued letter | • Get copy of second 30-day notice (T&W). |

October 28, 2010      CONFIDENTIAL – DO NOT DISTRIBUTE      Page 5 of 12

| Agency | Contact | Status | Notes |
|---|---|---|---|
| Regional Water Quality Control Bd. (Porter-Cologne Water Quality Act; also responsible for issuing water quality certification and NPDES (discharges from point source into waters of US) permits pursuant to federal Clean Water Act) | Engineer aolson@waterboards.ca.gov (916) 464-4740 / Mary Serra – Sr. WR Control Engineer mserra@waterboards.ca.gov (916) 464-4732 | requiring Hardesty to submit application for waste discharge requirements to "permit" discharges to land (12/23/08). Second notice issued allowing another 30 days (date ??) No further response to date. | • Met w/RWQCB staff on 3/26 to inform them re: operation.<br>• Becky – conversation w/Anne Olson (enforcement) re: enforcement. Anne provided copy of letter, dated 10/15/09 stating that Hardesty RWD complete but investigation underway re: wetland/water impacts.<br>• Kate– conversation w/Mary Serra, Sr. Water Resources Control Engineer, WDR unit. Said 10/15 letter never sent. Need to research matter but no staff on this until fall of 2010.<br>• Stormwater Permit – Hardesty has filed NOI to comply with State permit for industrial ops; no investigation of site yet by Board. No NOI for commercial ops – unsure if needed.<br>• Brian Lungren - Potential lawsuit by Attorney General – violations of Porter-Cologne WQ Act? T&W has prepared list of potential claims.<br>• Tripp attempting to get copy of second notice.<br>• For violations of federal CWA, potential suit by U.S. Atty.? |
| Dept. of Conservation, Office of Mine Reclamation (Surface Mining & Reclamation Act) | Brett Koehler – Manager Compliance Unit Bret.M.Koehler@conservation.ca.gov (916) 445-0088 / Ken Trott Reporting & Compliance Unit (916) 445-6288 | Issued letter removing Hardesty from AB 3098 list and notifying Hardesty of its non-compliance with SMARA; transmitted inspection report which detailed | • Met w/DOC Chief Deputy Director, 3/30<br>• Met with Karen Ziebron (Steinberg) on 3/24.<br>• Met w/Sen. Dave Cox's office.<br>• Kate – PRA request re: Hwy 99 project. Contracts show Van Vleck mine ID referenced.<br>• Tripp submitted PRA request re: CalTrans contracts out of District office using AB Did Hardesty fraudulently use different mine ID? Tripp following up with Andrew Streng to review |

CONFIDENTIAL – DO NOT DISTRIBUTE

| October 28, 2010 | | documents. |
|---|---|---|
| | these violations (3/18/09). | • Kate – Conversation w/Ken Trott. OMR conducted investigation in 2009 of area near Cosumnes River. Report should be ready for public by week of 1/18. Also, OMR in process of deciding whether need to conduct full site investigation. No report, no decision on further investigation as of 2/24/10. Obtained report in early July – area near Cosumnes River. |
| | OMR issued "15-day notice" on October 7, 2010. County responded on October 14, forwarded letter sent to property owner ordering him to cease mining unless/until he obtained necessary entitlements. | • OMR went onsite 6/17 to investigate remainder of site. No word yet on if/when report will be out.<br>• T&W to pull AB 3098 info from website.<br>• Brian Lungren - Potential lawsuit by Attorney General – violations of SMARA. T&W has prepared list of potential claims. |
| | OMR scheduled to perform inspection week of Nov. 8 (w/County) | • John L - Investigated/photo documented where trucks leaving Hardesty are going in attempt to document if violations of AB3098 list are occurring.<br>• Met w/Dennis O'Bryant and staff on Aug. 31, 2010. Briefed them on County issues. They indicated OMR is still trying to complete inspection for remainder of site.<br>• Note that OMR (and Dennis O'Bryant and Gay Norris) are named as defendants in federal lawsuit filed 9/8/10.<br>• Kate – contacted OMR to ask about June inspection report. No response yet. |
| Central Valley Flood Protection Board | Letter dated Oct. 7, 2009, informing Hardesty of flood protection | • T&W obtained copies of May 28, 2009 letter/inspection summary.<br>• Kate – Conf. Curt Taras re: status. Said would be |

October 28, 2010

| | | |
|---|---|---|
| California Dept. of Fish & Game (California Endangered Species Act, Fish & Game Code) | Yvette Adams, Office Lieutenant (530) 225-2316 (916) 653-4094 (Law Enforcement Division Main)<br><br>Mark Lucero Captain Mark Lucero (916-358-2908) | concerns.<br><br>CDFG wardens visited site on Sept. 10, 2008 and documented violations of Fish & Game Code section 1600 *et seq.* (per OMR's inspection report). No formal response to date, however. | willing to meet with us to discuss status.<br>• Met w/Curt Taras on Sept 8, 2010 to discuss status of investigation, County matters.<br><br>• M. Smith, Brian L., JMT met w/DFG (Sandra Morey, Kevin ??) on 1/25, Brian L. follow-up w/Sandra – 2 wardens subpoenaed in criminal case; investigation ongoing.<br>• John L – conversations w/Kris Vryberg<br>• Kate – Received response to PRA request for 2008 inspection report.<br>• Meet w/Mark Lucero, staff to discuss enforcement?<br>• Brian Lungren – will follow up with management.<br>• Potential lawsuit by Attorney General – violations of Cal ESA, Fish & Game Code.? T&W has prepared list of potential claims.<br>• Note that CDFG (and Liz Gregory, employee) are named as defendants in federal lawsuit filed 9/8/10. |
| California Air Resources Board (State Portables Program, Health & Safety Code) | Joe Gormley – Air Resources Engineer jgormley@arb.ca.gov (916) 322-5616 | Intervened in lawsuit against SMAQMD. See below, re: SMAQMD, for a summary of that litigation. | • John L. – Conversation w/George Poppie on 12/16 – ARB to confer with chief counsel in Jan and consider pursuing Hardesty separately from SMAQMD. Teichert may be invited to discuss impacts to business. Follow up conversation on/about Feb. 19 – ARB to revoke permits.<br>• April 2010 – Ct granted motion by ARB to intervene in SMAQMD litigation.<br>• May 2010 - Assisted ARB by providing affidavit (signed by Loran White) to be used in SMAQMD litigation.<br>• June 9, 2010 – ARB EO made determination that Hardesty needs local (SMAQMD) approval to operate. 6/23 - Call in to G. Poppie to check on |

October 28, 2010

| | | status.<br>• Brian Lungren - Potential lawsuit by Attorney General – violations of H&S Code air quality provisions (T&W to prepare list of potential claims)<br>• Meet w/Joe Gormley/SMAQMD staff to discuss enforcement?<br>• John L – conf. w/George Poppic re: whether Hardesty still operating. ARB to investigate.<br>• Note that ARB EO James Goldstene is named as a defendant in federal lawsuit filed 9/8/10. |
|---|---|---|
| Office of Environmental Health Hazard Assessment<br><br>(Proposition 65 – Safe Drinking Water & Toxic Enforcement Act of 1986) | No response to date. | • Identify potential violations – did Hardesty discharge a "listed chemical" into a source of drinking water (Cosumnes)?<br>• If violation likely to have occurred, set meeting w/OEHHA staff to discuss investigation, enforcement<br>• Brian Lungren - Potential lawsuit by Attorney General – violations of Prop 65? T&W has prepared list of potential claims, |

CONFIDENTIAL – DO NOT DISTRIBUTE

## COUNTY OF SACRAMENTO

| AGENCY | PRIMARY CONTACT | AGENCY RESPONSE | TEICHERT STRATEGY & UPDATES |
|---|---|---|---|
| Sacramento Metropolitan Air Quality Mgmt. District<br><br>(Clean Air Act, State Air Quality regs) | Dave Grose – Division Manager, Stationary Sources DGrose@airquality.org (916) 874-4854<br><br>Larry Greene – Air Pollution Control Officer/Executive Director LGreene@airquality.org (916) 874-4803 | Issued notices of violation in 2006 and 2008; held administrative hearing in July 2009– found Hardesty violated regs; required them to seek appropriate permits, allowed them to keep operating in meantime. Permit required by March 17, 2009. Hardesty brought suit against SMAQMD; enforcement order held in abeyance while litigation proceeds. Ruling issued on June 30 – Hardesty's petition for writ of mandate denied. Stay in place until formal judgment filed. Appeal filed | • Met w/Supervisor Roger Dickinson on Jan 4 to discuss status of enforcement, in addition to County issues. (also met with Dickinson on 3/5, see below under "County.")<br>• Litigation – Briefing schedule released; hearing scheduled for June 18 @ 10:00 am.<br>• June 18 hearing – John, Becky, Brian & Matt attended. Frawley has 90 days to render decision.<br>• Continue to track civil litigation filed by Hardesty against Bd. – T& W (Matt).<br>• Potential lawsuit by U.S. Atty. for violations of Clean Air Act?<br>• Meet informally with SMAQMD staff to get update on permit status?<br>• On Aug. 19, 2010, SMAQMD issued letter to Hardesty stating that continued processing or sale of material was punishable by civil/criminal penalty.<br>• Note that SMAQMD (and David Gross) are named as defendants in federal lawsuit filed 9/8/10. |

**CONFIDENTIAL – DO NOT DISTRIBUTE**

| | | | |
|---|---|---|---|
| County of Sacramento<br><br>(Lead agency for SMARA; responsible for land use regulation) | Don Nottoli<br><br>Roger Dickinson<br><br>Jeff Gamel<br><br>Robert Sherry<br><br>Krista Whitman<br><br>Sarah Britton | August 17, 2010. Stay lifted. No application for new stay filed as of 10/27.<br><br>10/20 - SMAQMD sending inspector to site 3 times/wk. to document whether operating.<br><br>Citation for operating without a business license (3/11/09); 30-day notice to amend reclamation plan, provide adequate financial assurances (4/2/09); 30-day notice to seek CUP and rezone (4/2/09).<br><br>Notice of Violation issued April 15, 2010. Orders Schneider to (1) seek rezone or (2) cease mining. Schneider appealed. Hearing scheduled | • Met w/Supervisor Roger Dickinson on Jan 4 to discuss status of County enforcement. Follow up meeting on March 5, 1:30, w/unions.<br>• Met w/Don Nottoli to discuss status/raise topic – March 3, 2pm. Follow up meeting being scheduled.<br>• Met w/Supervisors Robert MacGlashan and Susan Peters, May 20, 2010.<br>• Met w/Sup. Jimmie Yee.<br>• Discussions about coordinating with DA Jan Scully/staff?<br>• Meet w/Sarah Britton & Krista Whitman (Co Counsel) to discuss enforcement?<br>• Follow-up with Dept. of Finance re: business license (as of 1/14/10, no record of Hardesty S&G found in Sac Co)<br>• T&W drafted letter to County, July 2010.<br>• Met with all Supervisors prior to September hearings.<br>• Note that County and "Richard" Sherry are named |

CONFIDENTIAL – DO NOT DISTRIBUTE

October 28, 2010

as defendants in federal lawsuit filed 9/8/10.

for May 26, 11:00. Continued to July 13, 3:00 pm @ staff's recommendation due to defective notice. Continued again (to Sept 14) at Schneider's request.

Sept. 14 hearing – BOS unanimously voted to deny appeal and uphold NOV. Findings adopted Sept. 28.

OMR issued "15-day notice" on October 7, 2010. County responded on October 14, forwarded letter sent to property owner ordering him to cease mining unless/until he obtained necessary entitlements.

County scheduled

CONFIDENTIAL – DO NOT DISTRIBUTE

| October 28, 2010 | | | |
|---|---|---|---|
| | | to perform inspection week of Nov. 8 (w/OMR) | |
| District Attorney's office | Jan Scully | DA filed charges on 9/28/09 related to hazardous waste disposal and passage into river/lands. Documents included CDFG report of inspection that found waters of US/State were impacted. | • Meet w/DA to discuss other enforcement issues – potential to join fed, state claims in this action?? <br> • Continue to track case – T&W (Matt), Prelim hearing 2/23, Demurrer hearing held 3/22. <br> • Hearing continued to June 29 – motion to suppress. <br> • Motion to suppress scheduled for Oct. 15, 2010 in Dept. 9. <br> • Trial scheduled to begin Nov. 4, 2010 in Dept. 9. |

**OTHER**

| Public Relations | Invite Kevin Slagle to meeting to discuss ? | |
|---|---|---|
| Environmental Groups | (ECOS, California Sportfish Protection Alliance, Delta Keepers, etc) | |
| | Contact local media to educate on activities at Hardesty (this strategy not to be employed at this time) | |

# EXHIBIT "20"

# EXHIBIT "20"

# EXHIBIT "20"

## Talking Points/Script

### Meeting with Senator Dave Cox
### May 4, 2010

- [Brian] Introductions. Thanks for AB 3098 letter. Unfortunately, Hardesty still violating numerous environmental laws, including prohibitions associated w/AB 3098.

- [Brian/Michael/John L.] Hardesty's continued illegal operation has serious economic ramifications. (How much has it undercut Teichert?) Based on past experience, it is clear that Hardesty will continue operating illegally until they are forced not to.

- [John T?] Teichert has met/spoken with numerous agencies. We informed each agency about the nature of Hardesty's operation, the legal/regulatory violations (pertinent to that agency) and asked about enforcement. Original agency responses: no staff, lack of money for enforcement, problem "not big enough" to pursue.

- [Brian?] After significant pressure from Teichert/others, the following agencies are conducting their own individual investigations:

    o U.S. Army Corps of Engineers
    o U.S. Fish & Wildlife Service
    o U.S. Environmental Protection Agency
    o State of California, Department of Fish & Game
    o State of California, Department of Conservation
        ▪ Office of Mine Reclamation
    o State of California, State Water Resources Control Board
        ▪ Central Valley Regional Water Quality Control Board
    o State of California, Air Resources Board
    o State of California, Central Valley Flood Protection Board
    o Sacramento Metropolitan Air Quality Management District (in litigation)
    o County of Sacramento, District Attorney
    o County of Sacramento, Planning Department and County Counsel

- How can Senator help? Ideas -
    o Set up meeting/conference call between pertinent agencies to make enforcement action plan
    o Letter to Attorney General requesting that he spearhead a coordinated/collaborative effort (among the agencies) to investigate Hardesty's operation and determine what, if any, criminal and civil violations have occurred. (We can provide draft letter.)
    o Call heads of State agencies



EXHIBIT
358
PENGAD 800-631-6989
7/4/15
BRYANT

**PAGE 1**