1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH HARDESTY and YVETTE            No.  2:10-cv-2414-KJM-KJN
     HARDESTY,
12                                         [Partially consolidated with Case No. 2:12-cv-
                      Plaintiffs,          002457-KJM-KJN]
13
            v.                             ORDER
14
     SACRAMENTO METROPOLITAN AIR
15   QUALITY MANAGEMENT DISTRICT,
     et al.,
16
                      Defendants.
17
     ─────────────────────────────
18   JAY SCHNEIDER, et al.,

19                    Plaintiffs,

20          v.

21   COUNTY OF SACRAMENTO, et al.,

22                    Defendants.

23

24          On April 20, 2016, defendants Dennis O'Bryant, Gay Norris, Steve Testa, and

25   Curt Taras filed an ex parte application to continue the dates set for the final pretrial conference

26   and the trial.  ECF No. 277.  Defendants request the court vacate the final pretrial conference and

27   the trial currently set for June 3, 2016 and July 11, 2016, respectively, and set a status conference

28   thirty days after it issues the order on pending motions for summary judgment.  *Id.* at 1, 4.

                                            1

1   Defendants argue the resolution of the pending motions for summary judgment may eliminate the

2   need for or narrow the scope of the trial.  Plaintiffs Joseph Hardesty and Yvette Hardesty

3   opposed.  ECF No. 278.  Plaintiffs argue the parties can continue to work together to prepare for

4   the final pretrial conference and the trial, and another continuance, after the first one in February

5   24, 2016, would unnecessarily delay the case.  *Id.* at 1–4.

6          The court agrees with defendants that the resolution of the currently pending

7   motions would be beneficial before proceeding to the final pretrial conference and any trial.

8   However, the court finds it need not vacate the current dates entirely.  Accordingly, the court

9   GRANTS in part and DENIES in part defendants' ex parte application.  The final pretrial

10  conference is RESET to July 1, 2016 at 10:00 a.m., and trial date is RESET to August 15, 2016 at

11  9:00 a.m. in Courtroom No. 3.  The joint pretrial statement shall be filed by June 17, 2016.  This

12  order resolves ECF No. 277.

13          IT IS SO ORDERED.

14   DATED:  May 2, 2016.

15

16                                                    _____
                                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2