UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARDESTY and YVETTE HARDESTY,<br><br>        Plaintiffs,<br><br>   v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>        Defendants. | No.  2:10-cv-2414-KJM-KJN |
| JAY SCHNEIDER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | No.  2:12-cv-2457-KJM-KJN<br><br>ORDER |

The *ex parte* application to continue in Case No. 10-2414, ECF No. 280, is DENIED.  An order on the pending motions for summary judgment will soon be filed.

       IT IS SO ORDERED.

DATED: June 2, 2016

                                                UNITED STATES DISTRICT JUDGE

1