IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>        Defendants. | Case No.  2:10-cv-02414-KJM-KJN |
| JAY SCHNEIDER, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | [Partially consolidated with]<br>Case No. 2:12-cv-2457-KJM-KJN |

# ORDER

Having received the Joint Stipulation confirming a back-up trial date, the Court CONFIRMS the current trial date of November 7, 2016, with the understanding this case trails another trial. If this case does not proceed on November 7, the trial date will be RESET to February 6, 2017.

IT IS SO ORDERED.

Signed this 1st day of August, 2016 in Sacramento, California.

_____
UNITED STATES DISTRICT JUDGE