```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

JOSEPH HARDESTY and YVETTE              No. 2:10-cv-02414-KJM-KJN
HARDESTY,

      Plaintiffs,

  v.                                    ***AMENDED MINUTES**

SACRAMENTO METROPOLITAN AIR,            Date: February 23, 2017
QUALITY MANAGEMENT DISTRICT,            Deputy Clerk: J. Streeter
et al.,                                 Court Reporter: Michelle Babbitt
      Defendants.
_____/

**Counsel for Hardesty Plaintiffs:**
R. Paul Yetter,
G. David Robertson,
Collin Cox, and
Robert Ellis

**Counsel for Schneider Plaintiffs:**
Glenn Peterson, and
Richard Ross

**Counsel for County Related Defendants:**
Mark O'Dea,
Gregory O'Dea, and
Richard Morton

**JURY TRIAL (Day 4):**

  8:30 a.m.    Attorneys present as identified above. Party representatives also present. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

  8:35 a.m.    Jury present. Plaintiffs' witness, Jeff Gamel, sworn and testified on direct. (Examination conducted by Mr. Yetter.)

10:00 a.m.    Jury admonished and excused for a morning break. All parties excused for a morning break.

| Time | Event |
|---|---|
| 10:25 a.m. | Court back in session.  All parties present. Jury present.  Direct examination of Mr. Gamel continues. |
| 11:30 a.m. | Mr. Mark O'Dea conducted limited cross examination of Mr. Gamel and reserved the right for further examination during his case in chief. |
| 11:45 a.m. | Witness excused subject to recall.  The court admonished and excused the jury for an afternoon break.  All parties excused for an afternoon break. |
| 12:00 p.m. | Court back in session.  All parties present outside the presence of the jury. |
| 12:05 p.m. | Jury present. Plaintiffs' witness, Kate Wheatley, sworn and testified on direct.  (Examination conducted by Mr. Yetter.) |
| 1:31 p.m. | Mr. Yetter completed his direct examination. Court instructed Ms. Wheatley to return 2/27/2017 at 8:30 a.m. |
| 1:32 p.m. | The court admonished and excused the jury until 8:30 a.m. on February 27, 2017. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 1:45 p.m. | All parties excused for evening recess. Jury Trial (Day 5) set for February 27, 2017 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

PX122, PX124, PX676, PX680, JX014, JX021, JX055, JX061, JX071,

JX072, JX085, JX132, JX143, JX144, JX151, JX152, JX155, JX156,

JX214, JX234, JX275, JX287, JX341, JX356, JX363, JX366, JX368,

JX375, JX379, JX392, JX421, JX426, JX433, JX434, JX439,

JX443, JX444, JX455, JX457, JX474, JX487, JX507, JX546, JX547,

JX571, JX671          **TIME IN COURT:** 4 Hours, 40 Minutes

*Minutes amended on 2/27/17 to include "Jury Present" at 10:25 a.m. entry; Mr. Yetter's name corrected at 1:31 p.m. entry; 9:00 a.m. changed to 8:30 a.m. at 1:32 p.m. entry; admitted exhibits listed in numerical order; exhibit JX405 removed; and exhibits JX366, JX368, and JX455 added.*