

FILED

MAR 2 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARDESTY, et al. and JAY SCHNEIDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. 2:10-cv-02414-KJM-KJN <br><br> [Partially consolidated with Case No. 2:12-cv-2457-KJM-KJN] <br><br> VERDICT FORM |

DATED: 03/21/2017

# PLAINTIFFS' PROCEDURAL DUE PROCESS CLAIM

1. Do you find by a preponderance of the evidence that any of the following defendants violated the plaintiffs' Procedural Due Process rights under the Fourteenth Amendment to the U.S. Constitution?

A. As to the Hardesty Plaintiffs:

| Defendant | Answer "Yes" or "No" |
|---|---|
| Sacramento County | Yes |
| Robert Sherry | No |

B. As to the Schneider Plaintiffs:

| Defendant | Answer "Yes" or "No" |
|---|---|
| Sacramento County | Yes |
| Robert Sherry | No |
| Roger Dickinson | No |
| Jeff Gamel | No |

*If you answered "yes" as to any defendant, you must answer Question 2. If you did not answer "yes" as to any defendant, you may proceed to the next page of the verdict form.*

2.

A. What are the total compensatory or nominal damages you award the Hardesty Plaintiffs for the conduct of the defendant(s) for which you answered "yes" to Question 1.A? If you award damages for this claim, do not consider whether or not such damages will be cumulative with damages awarded for other claims. Do not include any amount for punitive damages in your answer to this question. Answer in dollars and cents.

$ 1

B. What are the total compensatory or nominal damages you award the Schneider Plaintiffs for the conduct of the defendant(s) for which you answered "yes" to Question 1.B? If you award damages for this claim, do not consider whether or not such damages will be cumulative with damages awarded for other claims. Do not include any amount for punitive damages in your answer to this question. Answer in dollars and cents.

$ _____

*Please proceed to the next page of the verdict form.*

## PLAINTIFFS' SUBSTANTIVE DUE PROCESS CLAIMS

3. Do you find by a preponderance of the evidence that any of the following defendants violated the plaintiffs' Substantive Due Process rights under the Fourteenth Amendment to the U.S. Constitution?

A. As to the Hardesty Plaintiffs:

| Defendant | Answer "Yes" or "No" |
|---|---|
| Sacramento County | Yes |
| Robert Sherry | Yes |

B. As to the Schneider Plaintiffs:

| Defendant | Answer "Yes" or "No" |
|---|---|
| Sacramento County | Yes |
| Robert Sherry | Yes |
| Roger Dickinson | Yes |
| Jeff Gamel | Yes |

*If you answered "yes" as to any defendant, you must answer Question 4. If you did not answer "yes" as to any defendant, you may proceed to the next page of the verdict form.*

4.

A. What are the total compensatory or nominal damages you award the Hardesty Plaintiffs for the conduct of the defendant(s) for which you answered "yes" to Question 3.A? If you award damages for this claim, do not consider whether or not such damages will be cumulative with damages awarded for other claims. Do not include any amount for punitive damages in your answer to this question. Answer in dollars and cents.

$ 75,000,000

4

B. What are the total compensatory or nominal damages you award the Schneider Plaintiffs for the conduct of the defendant(s) for which you answered "yes" to Question 3.B? If you award damages for this claim, do not consider whether or not such damages will be cumulative with damages awarded for other claims. Do not include any amount for punitive damages in your answer to this question. Answer in dollars and cents.

$ 30,000,000

*Please proceed to the next page of the verdict form.*

## SCHNEIDERS' FIRST AMENDMENT CLAIM

5. Do you find by a preponderance of the evidence that defendant Sacramento County violated the Schneider Plaintiffs' right to petition the government for redress under the First Amendment to the U.S. Constitution?

| Defendant | Answer "Yes" or "No" |
| --- | --- |
| Sacramento County | Yes |

*If you answered "yes" to Question 5, you must answer Question 6. If you did not answer "yes" to Question 5, you may proceed to the next page of the verdict form.*

6. What are the total compensatory or nominal damages you award the Schneider Plaintiffs for the conduct of Sacramento County for which you answered "yes" to Question 5? If you award damages for this claim, do not consider whether or not such damages will be cumulative with damages awarded for other claims. Do not include any amount for punitive damages in your answer to this question. Answer in dollars and cents.

$ 30,000

*Please proceed to the next page of the verdict form.*

6

### PUNITIVE DAMAGES TO HARDESTY PLAINTIFFS

*If you answered "yes" as to defendant individual Robert Sherry and in favor of the Hardesty Plaintiffs in response to Question 1.A and/or Question 3.A, you must answer Question 7. If you did not answer "yes" in Question 1.A or Question 3.A as to this defendant, you may proceed to the Question 8.*

7. As to the following defendant if you answered "yes" in Question 1.A and/or Question 3.A, do you find by a preponderance of the evidence that the defendant's conduct that harmed the plaintiff was malicious, oppressive, or in reckless disregard of the Hardesty Plaintiffs' rights? Do not answer this question for Robert Sherry if you gave a "no" answer for that defendant in both Question 1.A and Question 3.A.

| Defendant | Answer "Yes" or "No" |
|---|---|
| Robert Sherry | Yes |

### PUNITIVE DAMAGES TO SCHNEIDER PLAINTIFFS

*If you answered "yes" as to defendant individuals Robert Sherry, Roger Dickinson, Jeff Gamel and in favor of the Schneider Plaintiffs in response to Question 1.B and/or Question 3.B, you must answer Question 8. If you did not answer "yes" in Question 1.B or Question 3.B as to any of those defendants in favor of the Schneider Plaintiffs, you may proceed to the next page of the verdict form.*

8. As to each of the following defendants for whom you answered "yes" in Question 1.B and/or Question 3.B, do you find by a preponderance of the evidence that the defendant's conduct that harmed the plaintiff was malicious, oppressive, or in reckless disregard of the Schneider Plaintiffs' rights? Do not answer this question for any defendant for whom you gave only "no" answers for that defendant in Questions 1.B and 3.B.

| Defendant | Answer "Yes" or "No" |
|---|---|
| Robert Sherry | Yes |
| Roger Dickinson | Yes |
| Jeff Gamel | Yes |

*If you answered "yes" as to any of the defendant individuals in Question 7, you must answer Question 9. If you did not answer "yes" as to any of those defendants in Question 7, you may proceed to Question 10.*

7

9.  As to the following defendant if you answered "yes" in Question 7, what amount of punitive damages, if any, do you award to the Hardesty Plaintiffs? Do not answer this question if you gave a "no" answer in Question 7.

| Defendant | Answer in dollars and cents, if any |
|---|---|
| Robert Sherry | $ 500,000 |

*If you answered "yes" as to any of the defendant individuals in Question 8, you must answer Question 10. If you did not answer "yes" as to any of those defendants in Question 8, you may proceed to the end of the verdict form.*

10. As to each of the following defendants for whom you answered "yes" in Question 8, what amount of punitive damages, if any, do you award to the Schneider Plaintiffs? Do not answer this question for any defendant(s) for whom you gave a "no" answer in Question 8.

| Defendant | Answer in dollars and cents, if any |
|---|---|
| Robert Sherry | $ 250,000 |
| Roger Dickinson | $ 25,000 |
| Jeff Gamel | $ 1,000,000 |

Once you have answered all the questions, have the foreperson sign and date the form below.

DATED: 03/21/2017

_____
FOREPERSON