Case 2:10-cv-02414-KJM-KJN   Document 472   Filed 03/21/17   Page 1 of 12




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

JOSEPH HARDESTY and YVETTE HARDESTY,

    Plaintiffs,

v.

SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,

    Defendants.
_____/

No. 2:10-cv-02414-KJM-KJN

**PLAINTIFFS' EXHIBIT RECEIPT**

At the conclusion of the trial, the deposition transcripts used during trial and the trial exhibits on the attached list were returned to the undersigned party.

Dated: 3-21-17

R. Paul Yetter
Collin Cox
Robert Ellis
Attorney for Plaintiffs

Dated: 3-21-17

Casey Schultz, Courtroom Deputy

NOTE: If exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

*2:10-cv-02414-KJM-KJN*
*Hardesty, et al., v. Sacramento Metropolitan Air Quality Management District, et al.,*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX001 | 1938 - 1940 - Historical Drill Logs | 3/6/17 | 3/6/17 |
| JX003 | 5/1/1969 - Resolution to Establish An Agricultural Preserve Within Sacramento Co. | 2/22/17 | 2/22/17 |
| JX004 | 5/1/1969 - Land Conservation Agreement No. 69-AP-3A | 3/6/17 | 3/6/17 |
| JX009 | 7/20/1990 - Letter from Leo Tischbierk, Senior Planner, Co. of Sacramento copying Toby Johnson and William F. Kirkland, Jr., Dept. of Water Resources, Division of Flood Management to Jake L. Schneider Trust Re: Ordinance Violation Complaint | 3/6/17 | 3/6/17 |
| JX010 | 4/15/1992 - Letter from L. B. Elam, County Counsel and Kathryn A. Shurtleff, Deputy County Counsel to Jay L. Schneider and Jake L. Schneider Trust Re: Zoning Code Violation APN 128-0090-025; File No. 92-56 Zoning No. 90Z-0710 | 3/6/17 | 3/6/17 |
| JX011 | 4/22/1992 - Letter from Jay Schneider to Kathryn A. Shurtleff, Deputy County Counsel Re: Schneider Mining | 3/6/17 | 3/6/17 |
| JX012 | 4/30/1992 - Letter from Jay Schneider to Toby Johnson Re: Gravel Mining complaint on Schneider Ranch | 3/6/17 | 3/6/17 |
| JX013 | 6/3/1992 - Co. of Sacramento IDC To: Lee Elam, County, Counsel and Tom Hutchings, Director, Planning and Community DevelopmentFrom: Toby Johnson, Supervisor, Fifth DistrictRe: Gravel Mining Activity on Schneider Ranch | 3/6/17 | 3/6/17 |
| JX014 | 8/5/1992 - Memo from Thomas W. Hutchings, Director Planning and Community Development Department to Toby Johnson, County Supervisor Fifth DistrictRe: Gravel Mining Activity on Schneider Ranch | 2/23/17 | 2/23/17 |
| JX015 | 9/2/1992 - Letter from Toby Johnson to Jay Schneider | 3/6/17 | 3/6/17 |
| JX018 | 6/3/1994 - Letter from Richard Maddox, Senior Planner, Co. of Sacramento and copying Toby Johnson, Supervisor, Tricia Stevens, Robert Sherry and Tom Hutchings to Jay L. SchneiderRe: Gravel Mining Operation (APN 128-0090-025) | 3/6/17 | 3/6/17 |
| JX020 | 7/27/1994 - Memo from Robert A. Ryan, Supervising Deputy, Co. Counsel, Co. of Sacramento to Richard Maddox, Department of Planning and Community DevelopmentRe: Surface Mining and Reclamation | 2/27/17 | 2/27/17 |

1

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX021 | 8/23/1994- Letter from Richard Maddox to Jay Schneider Re: Gravel Mining Operation Parcel Nos.: 128-0090-035/037; Zone: AG-80 | 2/23/17 | 2/23/17 |
| JX025 | 8/10/1999 - Letter from Pam Ceccarelli, Compliance Engineer, Dept. of Conservation to Jay Schneider Re: Mining Operation located in Sloughhouse, Sacramento County from Dillard Road to Meiss Road about 3.2 miles on Meiss Road | 3/6/17 | 3/6/17 |
| JX034 | 3/8/2000 - Letter from Jay Schneider to Trisha Stevens, Sacramento County Planning Re: Schneider Historic Mine, Reclamation Plan | 3/6/17 | 3/6/17 |
| JX055 | 7/28/2000 - Letter from Keith W. Floyd, Deputy County Counsel to Jay Schneider copying Robert A. Ryan, Jr., Tricia Stevens, Rob Burness, Patrick Mitchell and Pam CeccarelliRe: Zoning Code Violation at Meiss Road, Rancho Murieta, CaliforniaOur File No. 007.00B; Zoning File No. 90Z-0710 | 2/23/17 | 2/23/17 |
| JX061 | 10/12/2000 - Hearing TranscriptReview of the Order of Administrative Penalty Assessed to Hardesty Sand and Gravel/Schneider Historic Mine before State Mining & Geology Board | 2/23/17 | 2/23/17 |
| JX071 | 11/13/2001 - Memo from Michele Bach, Supervising Deputy, County of Sacramento to Dennis Yeast, Environmental Coordinator Re: Schneider Historic Mine Reclamation Plan | 2/23/17 | 2/23/17 |
| JX072 | 12/28/2001 - County of Sacramento IDC from Dennis Yeast to Board of Supervisors Re: Appeal of the DERA Determination That a CEQA Exemption Cannot Be Used to Process the Schneider Historical Mine Reclamation Plan (Appeal of the Determination that an Initial Study is Required) Control Number 00-REB-0178 | 2/23/17 | 2/23/17 |
| JX080 | 8/7/2002 - Staff Recommendations to Sacramento Board of Supervisors re Schneider Historic Mine Reclamation Plan | 3/6/17 | 3/6/17 |
| JX084 | 8/8/2002 - Transcript of Board of Supervisors County of Sacramento Hearing | 3/6/17 | 3/6/17 |
| JX085 | 8/8/2002 - Transcript of Board of Supervisors County of Sacramento Hearing [excerpt] | 2/23/17 | 2/23/17 |
| JX90 | 10/23/2002 - Agenda, Board of Supervisors, County of Sacramento | 3/2/17 | 3/2/17 |

*2:10-cv-02414-KJM-KJN*
*Hardesty, et al., v. Sacramento Metropolitan Air Quality Management District, et al.,*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX099 | 11/18/2002 - County of Sacramento IOC, Reclamation Plan with Addendum #5 Staff Recommendations to Board Re: Reclamation Plan/ Jay Schneider | 2/22/17 | 2/22/17 |
| JX111 | 02/00/2005 - Financial Assurance Cost Estimate for Schneider Historic Mine | 3/6/17 | 3/6/17 |
| JX112 | 2/25/2005 - Schneider Historic Mine 2005 FAE - Map | 3/1/17 | 3/1/17 |
| JX114 | 5/11/2005 - Letter from Michael Winter, Sr. Planner, County of Sacramento, to Debbie Sareeram, Dept. of Conservation Re: Financial Assurance Estimate Surface Mine Control No.: 91-34-0042 Mine Operator: Schneider Historic Mine | 2/22/17 | 2/22/17 |
| JX116 | 6/24/2005 - Surface Mining Inspection Report | 2/22/17 | 2/22/17 |
| JX131 | 2006-2010 - Hardesty Tax Returns | 3/8/17 | 3/8/17 |
| JX132 | 3/7/2007 - Email from John Lane, Teichert Aggregates to Justin Cutler, U. S. Fish and Wildlife Service Re: Hardesty Sand and Gravel | 2/23/17 | 2/23/17 |
| JX135 | 4/19/2007 - Email from John Lane, Teichert Aggregate to Jesse Yang, Taylor & Wiley Re: Vested Mine Production Levels | 2/22/17 | 2/22/17 |
| JX138 | 6/25/2007 - Letter from Michael Winter to Bridgett Luther, Dept. of Conservation Re: Financial Assurance Estimate for Schneider Historic Mine (CA Mine ID 91-034-042) | 2/22/17 | 2/22/17 |
| JX139 | 6/27/2007 - 2006 Mining Operation Annual Report after the 2006 Mining Operation Annual Report and 2006 Surface Mining Inspection Report Mine Name: Schneider Historic Mine | 2/22/17 | 2/22/17 |
| JX141 | 8/20/2007 - Email from Mike Winter, County of Sacramento to Kate Wheatley, Taylor & Wiley Re: Another Question | 2/22/17 | 2/22/17 |
| JX142 | 9/24/2007 - Email from John Lane, Teichert Aggregates to Jeff Gamel, Co. of Sacramento copying Kate Wheatley, Taylor & Wiley Re: Hardesty | 2/27/17 | 2/27/17 |
| JX143 | 9/24/2007 - Email from Jeff Gamel, Co. of Sacramento to John Lane, Teichert Aggregates copying Kate Wheatley, Taylor & Wiley Re: Hardesty | 2/23/17 | 2/23/17 |

3

*2:10-cv-02414-KJM-KJN*
*Hardesty, et al., v. Sacramento Metropolitan Air Quality Management District, et al.,*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX144 | 11/26/2007 - Email from John Lane to Michael Finan, U. S. Army Corps of Engineers Re: Checking to verify that photos came through? | 2/23/17 | 2/23/17 |
| JX151 | 5/8/2008 - Memo from John Taylor, Taylor & Wiley to Matt Keasling, Taylor & Wiley Re: Basis for Finding a Vested Right at the Hardesty/Schneider Mine | 2/23/17 | 2/23/17 |
| JX152 | 5/28/2008 - Zachary Simmons Conversation Record | 2/23/17 | 2/23/17 |
| JX155 | 6/5/2008 - Email form Kevin Leonard to David Grose copying Darrell Singleton, Mark Loutzenhiser and Jorge DeGuzman Re: FW: Hardesty letter | 2/23/17 | 2/23/17 |
| JX156 | 6/19/2008 - Pilliken Ranch (Sloughhouse) Mine Project Alternatives Analysis prepared for Teichert Aggregates by Taylor & Wiley | 2/23/17 | 2/23/17 |
| JX157 | 6/25/2008 - Surface Mining Inspection Report | 2/22/17 | 2/22/17 |
| JX161 | 6/26/2008 - Letter from Michael Winter to April Balestreri | 2/22/17 | 2/22/17 |
| JX214 | 10/31/2008 - Email from Dana Booth to Mike Winter, Co. of Sacramento, Barry Chamberlain, Jeff Gamel, and Tammy Derby Re: 15000 Meiss (Hardesty Mining) | 2/23/17 | 2/23/17 |
| JX229 | 12/23/2008 - 2008 SMARA Mine Inspection Schneider Historic Mine CA Mine ID# 91-34-0042 | 3/1/17 | 3/1/17 |
| JX230 | 12/23/2008 - Surface Mining Inspection Report | 3/1/17 | 3/1/17 |
| JX234 | 1/5/2009 - Email from Jeff Gamel to Kate Wheatley and Mike Winter Re: Meeting re: Hardesty Operation | 2/23/17 | 2/23/17 |
| JX261 | 03/00/2009 - Financial Assurance Cost Estimate for Schneider Historic Mine | 3/6/17 | 3/6/17 |
| JX275 | 3/18/2009 - Email from Jeff Gamel to Kate Wheatley Re: Hardesty: Aerial Photographs | 2/23/17 | 2/23/17 |
| JX287 | 4/2/2009 - Letter from Robert Sherry to Jay Schneider Re: Schneider Historic Mine, Control No. 00-REB-0178, 14026 Meiss Road, CA ID# 91-34-0042 | 2/23/17 | 2/23/17 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX288 | 4/2/2009 - Letter from Robert Sherry to Joe Hardesty<br>Re: Hardesty Sand & Gravel Mining Operation Conducted on the Schneider Ranch, 14026 Meiss Road, CA ID# 91-34-0042 | 2/27/17 | 2/27/17 |
| JX289 | 4/2/2009 - Letter from Robert Sherry to Joe Hardesty<br>Re: Hardesty Sand & Gravel Mining Operation Conducted on the Schneider Ranch, 14026 Meiss Road, CA ID# 91-34-0042 | 3/1/17 | 3/1/17 |
| JX302 | 5/12/2009 - Letter from Richard M. Ross to Robert Sherry<br>Re: Schneider Historic Mine, Control No. 00-REB-0178 | 2/27/17 | 2/27/17 |
| JX308 | 6/10/2009 - Letter from Scott A. Morris to Robert Sherry<br>Re: Hardesty Sand & Gravel Operation Conducted on Schneider Ranch, 14026 Meiss Road, CA ID# 91-34-0042 | 3/1/17 | 3/1/17 |
| JX316 | 8/5/2009 - Letter from Jeff Gamel to Jay Schneider<br>Re: Annual Lead Agency Inspection of Schneider Historic Mine (CA ID# 91-34-0042) | 3/1/17 | 3/1/17 |
| JX321 | 9/15/2009 - Email from Jay Schneider to Sarah Britton, Mike Chrisman, and Supervisor Don Nottoli copying Scott A. Morris, Richard M. Ross, Bret M. Koehler, Jeff Gamel and Barry Chamberlain RE: Schneider Historic Mine, Inspections | 3/6/17 | 3/6/17 |
| JX339 | 11/3/2009 - Agreement for Schneider Historic Mine Annual Inspection Expert Services between Co. of Sacramento and Geocon Consultants | 3/13/17 | 3/13/17 |
| JX341 | 11/5/2009 - 2009 Surface Mining Inspection Report date signed 12/4/09 | 2/23/17 | 2/23/17 |
| JX345 | 12/3/2009 - Letter from David Bieber, Geocon Consultants, Inc. to Sarah Britton, Deputy County Counsel<br>Re: Schneider Historic Mine, CA Mine ID #91-34-0042, Meiss Road, Sloughhouse, California, Surface Mine Annual Compliance Inspection, SMARA Compliance Inspection Summary Report<br>With attachments | 2/28/17 | 2/28/17 |
| JX356 | 12/29/2009 - Email from Michael Smith to Kate Wheatley<br>Re: Hardesty Update | 2/23/17 | 2/23/17 |
| JX363 | 1/7/2010 - Email from John Lane to Kate Wheatley<br>Re: Telephone Conf. w/Ken Trott (OMR) re Hardesty<br>Attachment: Draft Strategy Matrix - Hardesty Sand & Gravel | 2/23/17 | 2/23/17 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX366 | 1/14/2010 - Email from John Lane to Kate Wheatley<br>Attachment: Inspections and statements Hardesty (Jan. 11, 2009) | 2/23/17 | 2/23/17 |
| JX368 | 1/15/2010 - Email from John Lane to Kate Wheatley<br>Re: Tomorrow 7 am | 2/23/17 | 2/23/17 |
| JX375 | 1/27/2010- Jana Affonso Handwritten Notes | 2/23/17 | 2/23/17 |
| JX379 | 1/29/2010 - Email from John Lane to Kate Wheatley and Marilyn Erbes copying Michael Smith, Judi Elster and Carol Stanger Re: Hardesty -- Next Meeting | 2/23/17 | 2/23/17 |
| JX385 | 2/5/2010 - Letter from Kenneth A. Williams to Joe Hardesty Re: Response to Lead Agency Annual Inspection | 3/9/17 | 3/9/17 |
| JX392 | 2/17/2010 - Email from Judi Elster to Kate Wheatley Re: FW: Meeting request from Supervisor Dickinson… | 2/23/17 | 2/23/17 |
| JX405 | 3/25/2010- Strategy Matrix - Hardesty Sand & Gravel | 3/2/17 | 3/2/17 |
| JX421 | 4/14/2010 - Violation Notice to Jake/Jay Schneider RE: Zoning Violation at 14026 Meiss Road, Sacramento, CA | 2/23/17 | 2/23/17 |
| JX426 | 4/20/2010 - Email from Brian Lungren to John Lane, Kate Wheatley and Michael Smith copying C. Stanger and Jennifer Davis Re: Hardesty: Prep for Cox Meeting | 2/23/17 | 2/23/17 |
| JX428 | 4/27/2010 - Notice of Appeal of Appellant Jay Schneider | 2/28/17 | 2/28/17 |
| JX433 | 5/4/2010 - Talking Points/Script Meeting with Senator Dave Cox | 2/23/17 | 2/23/17 |
| JX434 | 5/11/2010 - Email from Matthew Keasling to Michael Smith copying John Lane and James Wiley Re: Hardesty strategy mtg on Friday | 2/23/17 | 2/23/17 |
| JX439 | 5/17/2010 - Email from John Lane to Matthew Keasling, Michael Smith and James Wiley copying Carol Stanger, Judi Elster and Jesse Yang Re: Hardesty Mtg w/Notolli | 2/23/17 | 2/23/17 |
| JX443 | 5/19/2010- Email from Jesse Yang to Matthew Keasling, James Mizell and Kate Wheatley copying Judi Elster Re: FW: Schneider/Hardesty Appeal Hearing | 2/23/17 | 2/23/17 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX444 | 5/19/2010 - Email from Tammy Derby to MSA Agenda Clerk Re: FW: Schneider Mining Appeal, Mr. Schneider Not a Happy Camper | 2/23/17 | 2/23/17 |
| JX447 | 5/25/2010 Violation Notice to Jake J/Jay L/Leland A/Susan J Schneider, et al. Re: Zoning Violation at 14026 Meiss Road, Sacramento California Case Number: CODX2009-02808 | 2/28/17 | 2/28/17 |
| JX449 | 5/26/2010 - Memo from Department of Neighborhood Services to Board of Supervisors Re: Appeal from the decision of Code Enforcement that a code violation exists at 14026 Meiss Road, Sloughhouse, CA 95683 (CODX2009-02808) | 2/28/17 | 2/28/17 |
| JX455 | 6/17/2010 - Mine Inspection Report - Schneider Historic Mine CA MINE ID# 34-0042 | 2/23/17 | 2/23/17 |
| JX457 | 6/23/2010- Email from Sarah Britton to Matthew Keasling Re: Schneider Historic Mine Appeal | 2/23/17 | 2/23/17 |
| JX462 | 7/1/2010 - 2009 Mining Operation Annual Report | 3/13/17 | 3/13/17 |
| JX463 | 7/1/2010 - Letter from Arthur Reed to Jeff Gamel Re: Financial Assurance Cost Estimate for Schneider Historic Mine (CA MINE # 91-34-0042), County of Sacramento | 3/14/17 | 3/14/17 |
| JX464 | 7/1/2010 - 2009 Mining Operation Annual Report with production | 3/13/17 | 3/13/17 |
| JX465 | 7/1/2010 -2009 Mining Operation Annual Report | 3/9/17 | 3/9/17 |
| JX468 | 7/8/2010 - Letter from John Taylor to Sacramento County Board of Supervisors Re: July 13, 2010 Agenda Item Number 73 | 2/27/17 | 2/27/17 |
| JX469 | 7/13/2010 - Transcript of Board of Supervisors Meeting | 3/2/17 | 3/2/17 |
| JX474 | 8/3/2010 - Email from Dennis O'Bryant to Kate Wheatley Re: Meeting Request | 2/23/17 | 2/23/17 |
| JX483 | 9/14/2010 - Transcript of Board of Supervisors Meeting | 3/2/17 | 3/2/17 |
| JX484 | 9/14/2010 - Board of Supervisors Agenda Item #57 - Appeal of A Code Enforcement Decision STAFF PRESENTATION - Jeff Gamel and Tammy Derby | 3/13/17 | 3/13/17 |
| JX487 | 9/16/2010 - Email from Jesse Yang to Jim Wiley copying Kate Wheatley, James Mizell and Matthew Keasling Re: Hardesty findings | 2/23/17 | 2/23/17 |

*2:10-cv-02414-KJM-KJN*
*Hardesty, et al., v. Sacramento Metropolitan Air Quality Management District, et al.,*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX490 | 9/20/2010 - Letter from Richard M. Ross to Honorable Chairman and Members of the Board of Supervisors of the County of Sacramento Re: Appeal of the Code Enforcement Decision that a Code Violation Exists at 14026 Meiss Road, Sloughhouse, CA 95683 (CODX2009-02808) | 3/6/17 | 3/6/17 |
| JX491 | 9/21/2010 - Letter from David Bieber to Sarah Britton Re: Schneider Historic Mine, CA Mind ID# 91-34-0042 Meiss Road, Sloughhouse, California Surface Mine Annual Compliance Inspection Review of Comments from the California Office of Mine Reclamation and the United States Fish and Wildlife Service | 3/14/17 | 3/14/17 |
| JX494 | 9/22/2010 - Letter from Jeff Gamel to Arthur Reed Re: Response to Office of Mine Reclamation Comments on the 2009 Financial Assurance Cost Estimate for Schneider Historic Mine attaching GEOCON report (CA Mine # 91-34-0042), Sacramento County | 2/28/174 | 2/28/17 |
| JX499 | 9/28/2010 - Schneider Video presented to Board of Supervisors | 3/7/17 | 3/7/17 |
| JX501 | 9/28/2010 - Memorandum Regarding proposed findings - Jay Schneider, Schneider Historic Mine | 3/2/17 | 3/2/17 |
| JX502 | 9/28/2010 - Memorandum Regarding proposed findings - Jay Schneider, Schneider Historic Mine | 3/1/17 | 3/1/17 |
| JX503 | 9/28/2010 - Inter-Department Correspondence from Krista Whitman to Chair and Members, Board of Supervisors Re: Code Violation at 14026 Meiss Road, Sloughhouse Agenda - September 28, 2010 | 3/7/17 | 3/7/17 |
| JX506 | 9/29/2010 - Letter from Cyndi Lee, Clerk Board of Supervisors, County of Sacramento to Jay Schneider Re: Appeal from the decision of Code Enforcement that a code violation exists at 14026 Meiss Road, Sloughhouse, CA APNS 128-0070-012, 056, 058 And 059 to 061; 128-0090-033, 034, 039 to 042 And 044; 128-0100-003, 046 to 049 And 052; 128-0120-040 And 041 (CODX2009-02808) | 3/2/17 | 3/2/17 |
| JX507 | 10/1/2010 - Strategy Matrix - Hardesty Sand and Gravel | 2/23/17 | 2/23/17 |
| JX508 | 10/6/2010 - Fifth Amendment, Memorandum of Understanding to Establish and Fund Surface Mining Resource Management Program in Sacramento County | 2/22/17 | 2/22/17 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX510 | 10/13/2010 - Letter from Carl Simpson to Property Owners<br>Re: Zoning Violation at: 14026 Meiss Road, Sacramento California | 2/28/17 | 2/28/17 |
| JX522 | 11/16/2010 Surface Mining Inspection Report | 2/28/17 | 2/28/17 |
| JX526 | 12/16/2010 - Letter from David Bieber to Sarah Britton<br>Re: Schneider Historic Mine, CA Mine ID #91-34-0042, Meiss Road, Sloughhouse, California, Surface Mine Annual Compliance Inspection, 2010 SMARA Compliance Inspection Summary Report | 2/28/17 | 2/28/17 |
| JX528 | 12/16/2010 - Letter from Cindy Storelli to Joe Hardesty<br>Re: Lead Agency Annual Inspection, Schneider Historic Mine with 2010 Surface Mining Inspection Report (CA Mine ID# 91-34-0042) | 3/1/17 | 3/1/17 |
| JX534 | 1/24/2011 - Letter from Leighann Moffitt to Joe Hardesty<br>Re: Lead Agency Annual Inspection Violations, Schneider Historic Mine (CA Mine ID # 91-34-0042) | 2/28/17 | 2/28/17 |
| JX537 | 2/22/2011 - Letter from Jay Schneider to Leighann Moffitt, Interim Planning Manager, Planning and Community Development | 2/28/17 | 2/28/17 |
| JX543 | 4/26/2011 - Hearing Transcript of Meeting of Board of Supervisors Sacramento County | 3/7/17 | 3/7/17 |
| JX546 | 5/4/2011 - Email from Alyson Murphy to Matthew Keasling<br>Re: Schneider Appeal - Teichert's blatantly false letter | 2/23/17 | 2/23/17 |
| JX547 | 5/4/2011 - Email from Alyson Murphy to Matthew Keasling<br>Re: Schneider Appeal, item 13, May 4, 2011 Information for record | 2/23/17 | 2/23/17 |
| JX559 | 6/10/2011 - Letter from Tammy Derby to Joe Hardesty, Hardesty Sand and Gravel and Jay Schneider, Schneider Historic Mine<br>Re: Schneider Historic Mine, Mine ID# 91-34-0042 - Notice and Order to Comply | 3/9/17 | 3/9/17 |
| JX571 | 8/9/2011 - Inter-Department Correspondence from Community Planning and Development to Board of Zoning Appeals<br>Re: Schneider Historic Mine Reclamation Plan Addendum #5 | 2/23/17 | 2/23/17 |
| JX580 | 12/23/2011 - Administrative Penalty Order from County of Sacramento to Hardesty Sand and Gravel, Joe Hardesty, Schneider Historic Mining Tract, and Jay Schneider | 3/7/17 | 3/7/17 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JX588 | 2/27/2012- Action Summary, County Planning Commission, County of Sacramento | 3/6/17 | 3/6/17 |
| JX589 | 2/29/2012- Letter from Tammy Derby to Hardesty Sand and Gravel, Joe Hardesty, Schneider Historic Mining Tract and Jay Schneider Re: SMARA Order to Comply, Schneider Historic Mine, ID # 91-34-0042 | 3/6/17 | 3/6/17 |
| JX592 | 3/30/2012 - Letter from Tammy Derby to Hardesty Sand and Gravel, Joe Hardesty, Schneider Historic Mining Tract and Jay Schneider Re: Schneider Historic Mine, ID # 91-34-0042 Administrative Penalty Order | 3/14/17 | 3/14/17 |
| JX600 | 8/29/2012 - Letter from Michael S. Jewell to Joseph Hardesty | 3/1/17 | 3/1/17 |
| JX603 | 11/16/2012- Letter from David Bieber to Sarah Britton Re: Schneider Historic Mine, CA Mine ID # 91-34-0042 Meiss Road, Sloughhouse, California Surface Mine Annual Compliance Inspection Finalized 2012 SMARA Compliance Inspection Summary Report | 3/14/17 | 3/14/17 |
| JX604 | 11/28/2012 - Letter from Jeff Gamel to Joe Hardesty Re: Lead Agency Inspection Report Regarding Annual Inspection for SMARA Compliance at the Schneider Historic Mine, California Mine ID No. 91-34-0042 | 3/7/17 | 3/7/17 |
| JX 605 | 11/28/2012 - Letter from Jeff Gamel to Joe Hardesty and Jay Schneider Re: Lead Agency Inspection Report Regarding Annual Inspection for SMARA Compliance at the Schneider Historic Mine, California Mine ID No. 91-34-0042 | 2/28/17 | 2/28/17 |
| JX611 | 5/15/2013- Financial Assurances Cost Estimate for Schneider Historic Mine (Id 91-34-0042) | 2/28/17 | 2/28/17 |
| JX624 | 4/18/2014 - Gilbert Coleman CV | 3/7/17 | 3/7/17 |
| JX626 | 4/22/2014 - Letter from Donald M. Olsen to G. David Robertson Re: Schneider Ranch Meiss Road Gravel Plant 15000 Meiss Road, Sacramento County, California **(PAGE 3 ONLY)** | 2/28/17 | 2/28/17 |
| JX632 | 6/6/2014 - Cheryl Bly-Chester, P.E. CV | 2/21/17 | 2/21/17 |
| JX671 | PowerPoint – Aggregate Mining In Sacramento County | 2/23/17 | 2/23/17 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PX122 | 11/3/2005 - Memo from Tim Youmans and Tepa Banda to John Lane, Teichert Aggregates Re: Pilliken Ranch (Sloughhouse) Mine Project: Proposed Teichert Facility and Effects on Regional Trip Characteristics; EPS #15473 | 2/23/17 | 2/23/17 |
| PX124 | 2006 - Aggregate Availability in California Map Sheet 52 (Updated 2006) | 2/23/17 | 2/23/17 |
| PX568 | 7/25/2011, 8/11/2011 & 12/12/2011 - Hearing Transcripts of Meeting of Planning Commission, County of Sacramento | 3/6/17 | 3/6/17 |
| PX676 | 12/3/2008 Email from J. Gamel to J. Lane Re: Teichert goodies | 2/23/17 | 2/23/17 |
| PX680 | 4/1/1999 Report to Board of Supervisors – Project Planning Commission Re: River City Aggregates Use Permit | 2/23/17 | 2/23/17 |