UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

**FILED**

MAR 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

| | |
|---|---|
| JOSEPH HARDESTY and YVETTE HARDESTY,<br><br>    Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | No. 2:10-cv-02414-KJM-KJN<br><br><br><br>**DEFENDANT'S EXHIBIT RECEIPT** |

At the conclusion of the trial, the deposition transcripts used during trial and trial exhibit A-80 were returned to the undersigned party.

Dated: 3/21/17

_____
Gregory O'Dea/Mark O'Dea
Attorney for Defendant

Dated: 3-21-17

_____
Casey Schultz, Courtroom Deputy

NOTE: If exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.