UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>Defendants. | No. 2:10-cv-02414-KJM-KJN<br><br>ORDER |

On March 21, 2017, after a lengthy trial, a jury returned a verdict largely in favor of the Hardesty and Schneider plaintiffs. Hr'g Mins, ECF No. 465; Jury Verdict, ECF No. 469. Although the clerk entered judgment against the defendants at trial, ECF No. 471, the court vacated judgment in light of defendant Dennis O'Bryant's pending interlocutory appeal, ECF No. 481, which precluded partial judgment without the court's determination that "there is no just reason for delay," Fed. R. Civ. P. 54(b).

In order to obtain final judgment against the defendants at trial, plaintiffs moved to sever all adjudicated claims from the remaining claims against O'Bryant. ECF No. 508. Since filing the motion, however, plaintiffs settled with O'Bryant, ECF No. 522, plaintiffs and defendants Bryant, Gay Norris, Steve Testa, Bret Koehler and Curt Taras stipulated to the dismissal of the remaining claims against these defendants in this court, ECF No. 525, the court

1

has dismissed those defendants with prejudice, ECF No. 528, and the Ninth Circuit dismissed O'Bryant's appeal, ECF No. 527.

Plaintiffs now ask the court to enter judgment on the March 21, 2017 jury verdict. ECF No. 526. Because all claims against all parties have been disposed of by the parties' voluntary dismissal identified above, the court's orders or the jury's verdict, judgment is appropriate under Federal Rules of Civil Procedure 54 and 58. *See* Fed. R. Civ. P. 54(a)–(b), 58(a)–(d).

Accordingly, the Clerk of Court is DIRECTED to enter judgment in favor of plaintiffs according to the March 21, 2017 jury verdict and to CLOSE THIS CASE.

Plaintiffs' motion to sever, ECF No. 508, is DENIED as moot.

IT IS SO ORDERED.

DATED: June 8, 2017.

_____
UNITED STATES DISTRICT JUDGE