# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                            **JUDGMENT IN A CIVIL CASE**

**JOSEPH HARDESTY, ET AL.,**

            v.

                                          CASE NO: **2:10–CV–02414–KJM–KJN**

**SACRAMENTO COUNTY, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/21/2017**

                                                  **Marianne Matherly**
                                                  Clerk of Court

    ENTERED: **June 9, 2017**

                                                by: /s/ K. Zignago
                                                          Deputy Clerk