| | |
|---|---|
| 1  G. DAVID ROBERTSON, ESQ. | GLENN W. PETERSON, ESQ. |
|    California State Bar No. 11984 | California State Bar No. 126173 |
| 2  Robertson, Johnson, Miller & Williamson | Millstone Peterson & Watts, LLP |
|    50 West Liberty Street, Suite 600 | 2267 Lava Ridge Court, Suite 210 |
| 3  Reno, Nevada 89501 | Roseville, CA 95661 |
|    Telephone No: (775) 329-5600 | Telephone No: (916) 780-8222 |
| 4  Facsimile No: (775) 348-8300 | Facsimile No: (916) 780-8775 |
| 5  R. PAUL YETTER, ESQ. (*pro hac vice*) | RICHARD M. ROSS, ESQ. |
|    COLLIN J. COX, ESQ. (*pro hac vice*) | California State Bar No. 59943 |
| 6  ROBERT K. ELLIS, ESQ. (*pro hac vice*) | 8081 North Forbes Road |
|    Yetter Coleman LLP | Lincoln, California 95648 |
| 7  909 Fannin, Suite 3600 | Telephone No: (916) 645-3713 |
|    Houston, Texas 77010 | |
| 8  Telephone No: (713) 632-8000 | Attorneys JAY L. SCHNEIDER, |
|    Facsimile No: (713) 632-8002 | SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, |
| 9  Attorneys for JOSEPH HARDESTY | KATHERINE A. SCHNEIDER, LELAND |
| 10 and YVETTE HARDESTY | H. SCHNEIDER, AND JARED T. SCHNEIDER |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al, | ) Case No. 2:10-cv-2414 KJM KJN |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al., | ) Courtroom: 3 |
| | ) Judge: The Honorable Kimberly J. Mueller |
| | ) Trial Date: February 16, 2017 |
| Defendants. | ) Action Filed: September 8, 2010 |
| | ) |

**STIPULATION AND ORDER REGARDING POST-TRIAL FILING DATES RELATED TO FEES AND COSTS, POST-TRIAL MOTIONS AND FOR TEMPORARY STAY OF EXECUTION**

In order to coordinate and streamline post-trial filing dates related to fees and costs, and in order to relieve all parties and the court from the associated workloads during the pendency of defendants' post-trial motions, and to further alleviate the uncertainty associated with the prospect of judgment enforcement in this matter, the parties, through their respective undersigned counsel, stipulate as follows:

1. Any and all initial filings related to plaintiffs' recovery of attorneys' fees and costs, including taxable and non-taxable costs, and whether due under 28 USC sections 1920, 1988, FRCP Rule 54(d), and Local Rules 292 and 293 or otherwise (herein "Cost Claims"), shall be filed together, on the same date, as set forth below. This Stipulation shall be without prejudice to plaintiffs' rights to file amended or supplemental filings related to the Cost Claims at a later date to the extent such filings may be permitted by the applicable rules and law or by leave of Court.

2. The parties stipulate that all filings related to the Cost Claims shall be filed by plaintiffs within 28 days after the date of entry of the Court's ruling on defendants' forthcoming post-trial motions, and that defendants shall have 14 days to oppose the Cost Claims. In the event that defendants timely file multiple post-trial motions and the Court disposes of the motions on different dates, that 28-day period will begin to run from the date of the Court's ruling on defendants' last pending timely filed post-trial motion.

3. Plaintiffs' written opposition papers responsive to defendants' post-trial motions shall be filed not later than fifty-six (56) days from the date said motions are filed. Defendants shall have twenty-one (21) days to file written reply papers.

4. Plaintiffs shall suspend and forebear any efforts to execute on the judgment from the date of this Stipulation up to and including 14 days after the last day for defendants to bring a timely appeal of the judgment. Forbearance on execution during the pendency of said appeal shall be subject to further agreements between the parties or proceedings before the Court as allowed by law. The parties mutually reserve all rights and privileges at law pertaining thereto.

5. This Stipulation shall be effective only upon entry of the Court's order adopting or approving same, and the parties hereby consent to the entry of an order based upon this Stipulation.

Dated: This 9th day of June, 2017       By:   /s/ Glenn W. Peterson
                                              Glenn W. Peterson, Esq. (SBN 126173)
                                              MILLSTONE PETERSON & WATTS, LLP
                                              2267 Lava Ridge Court, Suite 210
                                              Roseville, California 95661

                                              Richard M. Ross, Esq. (SBN 59943)
                                              8081 North Forbes Road
                                              Lincoln, California 95648

*Attorneys for the Schneider Family Plaintiffs*

By: /s/ R. Paul Yetter
R. Paul Yetter, Esq. (*pro hac vice*)
Collin J. Cox, Esq. (*pro hac vice*)
Robert K. Ellis, Esq. (*pro hac vice*)
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010s

G. David Robertson, Esq. (SBN 111984)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, Nevada 89501

*Attorneys for the Hardesty Plaintiffs*

By: /s/ Mark P. O'Dea
Gregory P. O'Dea, Esq.
Mark P. O'Dea, Esq.
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864

*Attorneys for Defendants*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP,** *Attorneys at Law* /s/ Glenn W. Peterson

### **ORDER**

**IT IS SO ORDERED.**

Dated: June 12, 2017

_____
UNITED STATES DISTRICT JUDGE