| | |
|---|---|
| G. DAVID ROBERTSON, ESQ. | GLENN W. PETERSON, ESQ. |
| California State Bar No. 11984 | California State Bar No. 126173 |
| Robertson, Johnson, Miller & Williamson | Millstone Peterson & Watts, LLP |
| 50 West Liberty Street, Suite 600 | 2267 Lava Ridge Court, Suite 210 |
| Reno, Nevada 89501 | Roseville, CA 95661 |
| Telephone No: (775) 329-5600 | Telephone No: (916) 780-8222 |
| Facsimile No: (775) 348-8300 | Facsimile No: (916) 780-8775 |
| | |
| R. PAUL YETTER, ESQ. (*pro hac vice*) | RICHARD M. ROSS, ESQ. |
| COLLIN J. COX, ESQ. (*pro hac vice*) | California State Bar No. 59943 |
| ROBERT K. ELLIS, ESQ. (*pro hac vice*) | 8081 North Forbes Road |
| Yetter Coleman LLP | Lincoln, California 95648 |
| 909 Fannin, Suite 3600 | Telephone No: (916) 645-3713 |
| Houston, Texas 77010 | |
| Telephone No: (713) 632-8000 | Attorneys JAY L. SCHNEIDER, |
| Facsimile No: (713) 632-8002 | SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, |
| Attorneys for JOSEPH HARDESTY and YVETTE HARDESTY | KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, AND JARED T. SCHNEIDER |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al, | ) Case No. 2:10-cv-2414 KJM KJN |
| Plaintiffs, | ) |
| vs. | ) |
| SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al., | ) Courtroom: 3 <br> ) Judge: The Honorable Kimberly J. Mueller <br> ) Trial Date: February 16, 2017 <br> ) Action Filed: September 8, 2010 |
| Defendants. | ) |

**STIPULATION TO MODIFY STIPULATION/ORDER REGARDING POST-TRIAL FILING DATES RELATED TO FEES AND COSTS, POST-TRIAL MOTIONS AND FOR TEMPORARY STAY OF EXECUTION**

In reference to an earlier stipulation and order in this matter (ECF 533)("Prior Stipulation"), which was intended to coordinate and streamline post-trial filing dates related to fees and costs, motions for judgment and/or a new trial, the parties now wish to modify their prior stipulation as hereinafter set forth.

Because of the impacts from Hurricane Harvey on Houston and surrounding areas, the offices of Yetter Coleman have been closed since the storm and are anticipated to remain closed

until at least September 1, 2017. Under the prior stipulation, the last day for Plaintiffs' to file their opposition papers responsive to Defendants' post-trial motions[1] is September 1, 2017. By stipulation, this date shall be extended to September 8, 2017, with the understanding that Plaintiffs will file their papers sooner if possible. From the date upon which Plaintiffs' papers are filed, Defendants shall have twenty-one (21) days to file their written reply papers. Except for this modification of Plaintiffs' filing deadline, all other provisions of the Prior Stipulation shall remain in full force and effect.

The parties' respectfully request that the Court approve this stipulation by entry of an order hereupon.

DATED: This 29th day of August, 2017

By: /s/ Glenn W. Peterson
Glenn W. Peterson, Esq. (SBN 126173)
MILLSTONE PETERSON & WATTS, LLP
2267 Lava Ridge Court, Suite 210
Roseville, California 95661

Richard M. Ross, Esq. (SBN 59943)
8081 North Forbes Road
Lincoln, California 95648

*Attorneys for the Schneider Family Plaintiffs*

By: /s/ R. Paul Yetter
R. Paul Yetter, Esq. (*pro hac vice*)
Collin J. Cox, Esq. (*pro hac vice*)
Robert K. Ellis, Esq. (*pro hac vice*)
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010s

G. David Robertson, Esq. (SBN 111984)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, Nevada 89501

*Attorneys for the Hardesty Plaintiffs*

---

[1] Defendants' post-trial motions are (1) Motion for Judgment as a Matter Of Law (ECF 543); and (2) For New Trial (ECF 544).

By: /s/ Derek P. Cole
Gregory P. O'Dea, Esq.
Mark P. O'Dea, Esq.
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864

Derek P. Cole, Esq.
COTA COLE & HUBER LLP
2261 Lava Ridge Court
Roseville, California 95661

*Attorneys for Defendants*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP,** Attorneys at Law /s/ Glenn W. Peterson

### ORDER

**IT IS SO ORDERED.**

Dated: August 30, 2017.

_____
UNITED STATES DISTRICT JUDGE