| | |
|---|---|
| G. DAVID ROBERTSON, ESQ.<br>California State Bar No. 11984<br>Robertson, Johnson, Miller & Williamson<br>50 West Liberty Street, Suite 600<br>Reno, Nevada 89501<br>Telephone No: (775) 329-5600<br>Facsimile No: (775) 348-8300 | GLENN W. PETERSON, ESQ.<br>California State Bar No. 126173<br>Millstone Peterson & Watts, LLP<br>2267 Lava Ridge Court, Suite 210<br>Roseville, CA 95661<br>Telephone No: (916) 780-8222<br>Facsimile No: (916) 780-8775 |
| R. PAUL YETTER, ESQ. (*pro hac vice*)<br>COLLIN J. COX, ESQ. (*pro hac vice*)<br>ROBERT K. ELLIS, ESQ. (*pro hac vice*)<br>Yetter Coleman LLP<br>909 Fannin, Suite 3600<br>Houston, Texas 77010<br>Telephone No: (713) 632-8000<br>Facsimile No: (713) 632-8002<br><br>Attorneys for JOSEPH HARDESTY<br>and YVETTE HARDESTY | RICHARD M. ROSS, ESQ.<br>California State Bar No. 59943<br>8081 North Forbes Road<br>Lincoln, California 95648<br>Telephone No: (916) 645-3713<br><br>Attorneys JAY L. SCHNEIDER,<br>SUSAN J. SCHNEIDER, JAKE J.<br>SCHNEIDER, LELAND A. SCHNEIDER,<br>KATHERINE A. SCHNEIDER, LELAND<br>H. SCHNEIDER, AND JARED T.<br>SCHNEIDER |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>    Defendants. | Case No. 2:10-cv-2414 KJM KJN<br><br>**STIPULATION AND ORDER RE PLAINTIFF'S MOTIONS FOR ATTORNEYS' FEES AND COSTS AND FOR TEMPORARY STAY OF EXECUTION**<br><br>Courtroom: 3<br>Judge: The Honorable Kimberly J. Mueller<br>Trial Date: February 16, 2017<br>Action Filed: September 8, 2010 |

**STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND COSTS AND FOR TEMPORARY STAY OF EXECUTION**

In order to coordinate and streamline post-trial filing dates related to fees and costs, and to delay temporarily the prospect of judgment enforcement in this matter, the parties, through their respective undersigned counsel, stipulate as follows:

1. Any and all initial filings related to plaintiffs' recovery of attorneys' fees and costs, including taxable and non-taxable costs, and whether due under 28 USC sections 1920, 1988, FRCP Rule 54(d), and Local Rules 292 and 293 or otherwise (herein "Cost Claims"), shall be filed

together, on the same date, as set forth below. This Stipulation shall be without prejudice to plaintiffs' rights to file amended or supplemental filings related to the Cost Claims at a later date to the extent such filings may be permitted by the applicable rules, law or by leave of Court.

2. The parties stipulate that applications related to the Cost Claims shall be filed by plaintiffs on or before May 29, 2018, defendants shall have 21 days to oppose the Cost Claims, and plaintiffs shall have 21 days to file any reply.

3. Plaintiffs shall suspend and forebear any efforts to execute on the Judgment from the date of this Stipulation up to and including the earlier of either 30 days after the Court issues a final ruling on the Cost Claims or 90 days after the date plaintiffs file their application(s) for the Cost Claims. Further forbearance on execution during the pendency of an appeal by defendants shall be subject to further agreements between the parties or proceedings before the Court as allowed by law. The parties mutually reserve all rights and privileges at law pertaining thereto.

4. Nothing in this Stipulation shall be construed to alter or extend defendants' time to file notice of appeal of the Judgment.

5. This Stipulation shall be effective only upon entry of the Court's order adopting or approving same, and the parties hereby consent to the entry of an order based upon this Stipulation.

Dated this 16th day of April, 2018.

By: /s/ Glenn W. Peterson
Glenn W. Peterson, Esq. (SBN 126173)
MILLSTONE PETERSON & WATTS, LLP
2267 Lava Ridge Court, Suite 210
Roseville, California 95661

Richard M. Ross, Esq. (SBN 59943)
8081 North Forbes Road
Lincoln, California 95648

*Attorneys for the Schneider Family*

By: /s/ R. Paul Yetter
R. Paul Yetter, Esq. (*pro hac vice*)
Collin J. Cox, Esq. (*pro hac vice*)
Robert K. Ellis, Esq. (*pro hac vice*)
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010s

| | |
|---|---|
| 1 | G. David Robertson, Esq. (SBN 111984) |
| 2 | ROBERTSON, JOHNSON, MILLER & WILLIAMSON |
|   | 50 W. Liberty Street, Suite 600 |
| 3 | Reno, Nevada 89501 |
| 4 | *Attorneys for the Hardesty Plaintiffs* |
| 5 | By:   /s/ Mark P. O'Dea |
|   | Gregory P. O'Dea, Esq. |
| 6 | Mark P. O'Dea, Esq. |
| 7 | LONGYEAR, O'DEA & LAVRA, LLP |
|   | 3620 American River Drive, Suite 230 |
| 8 | Sacramento, CA 95864 |
| 9 | *Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE