LONGYEAR O'DEA AND LAVRA, LLP
GREGORY P. O'DEA, Bar No. 110966
MARK P. O'DEA, Bar No. 186061
3620 American River Drive - Suite 230
Sacramento, CA 95864-5923
odea@longyearlaw.com
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@cotalawfirm.com
COTA COLE & HUBER LLP
2261 Lava Ridge Court
Roseville, California 95661
Telephone:   (916) 780-9009
Facsimile:   (916) 780-9050

Co-Counsel for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>            Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**FURTHER STIPULATION AND ORDER RE PLAINTIFFS' MOTIONS FOR ATTORNEY FEES AND COSTS**<br><br>Judge:       Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date:   February 16, 2017<br>Action Filed: September 8, 2010 |

COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

# FURTHER STIPULATION AND ORDER RE PLAINTIFFS' MOTIONS FOR ATTORNEY FEES AND COSTS

The parties, through their respective counsel, stipulate as follows:

1. Previously, the parties entered into a stipulation as to the timing of and deadlines associated with the Plaintiffs' motions for attorney fees and costs bills. The Court approved that stipulation on April 19, 2018 (ECF Doc. No. 561.)

2. In accordance with the parties' stipulation, the Plaintiffs have filed cost bills and have filed a motion for attorney fees. These filings, referred to as "Cost Claims" in the parties' previous stipulation, were filed on May 29, 2018. A hearing on the Plaintiffs' Motion for Attorney Fees has been scheduled for July 13, 2018, at 10:00 a.m., in Courtroom 3.

3. The Defendants have requested, and the Plaintiffs have agreed, to continue the hearing on the Motion for Attorney Fees to August 10, 2018, at 10:00 a.m., in Courtroom 3.

4. As part of the approval of this new hearing date, The parties stipulate that the Defendants shall have until July 13, 2018 to file any oppositions to the Cost Claims and Plaintiffs shall have until August 3, 2018 to file their replies, if any, to the oppositions.

5. Except as amended herein, all other terms of the parties prior stipulation (ECF Doc. No. 561) shall remain in effect.

Dated: June 6, 2018.  LONGYEAR, O'DEA & LAVRA, LLP

By:    /s/ Mark P. O'Dea
Mark P. O'Dea, Esq.
Attorneys for Defendant
SACRAMENTO COUNTY

Dated: June 6, 2018.  COTA COLE & HUBER LLP

By:    /s/ Derek P. Cole
Derek P. Cole, Esq.
Co-Counsel for Defendant
SACRAMENTO COUNTY

COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

| | |
|---|---|
| Dated: June 6, 2018. | MILLSTONE PETERSON & WATTS LLP |
| | By:    /s/ Glenn W. Peterson<br>Glenn W. Peterson, Esq. |
| | Richard M. Ross, Esq.<br>LAW OFFICE OF RICHARD M. ROSS |
| | Attorneys for Plaintiffs<br>THE SCHNEIDER FAMILY |
| Dated: June 6, 2018. | YETTER COLEMAN LLP |
| | By:    /s/ R. Paul Yetter<br>R. Paul Yetter, Esq. *(pro hac vice)* |
| | G. David Robertson, Esq.<br>ROBERTSON, JOHNSON, MILLER & WILLIAMSON |
| | Attorneys for Plaintiffs<br>HARDESTY |
| Dated: June 6, 2018. | COLANTUONO, HIGHSMITH & WHATLEY, PC |
| | By:    /s/ Michael G. Colantuono<br>Michael G. Colantuono |
| | Attorneys for Defendants<br>ROGER DICKINSON, JEFF GAMEL, and ROBERT SHERRY |

IT IS SO ORDERED.

DATED: June 13, 2018.

_____
UNITED STATES DISTRICT JUDGE