LONGYEAR O'DEA AND LAVRA, LLP
GREGORY P. O'DEA, Bar No. 110966
MARK P. O'DEA, Bar No. 186061
3620 American River Drive - Suite 230
Sacramento, CA 95864-5923
odea@longyearlaw.com
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@cotalawfirm.com
COTA COLE & HUBER LLP
2261 Lava Ridge Court
Roseville, California 95661
Telephone:  (916) 780-9009
Facsimile:   (916) 780-9050

Co-Counsel for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER CONTINUING HEARINGS ON PLAINTIFFS' MOTIONS FOR ATTORNEY FEES AND COSTS AND DEFENDANT'S MOTION TO STAY ENFORCEMENT OF JUDGMENT**<br><br>Judge:       Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date:   February 16, 2017<br>Action Filed: September 8, 2010 |

COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

# STIPULATION AND ORDER RE PLAINTIFFS' MOTIONS FOR ATTORNEY FEES AND COSTS AND COUNTY OF DEFENDANT SACRAMENTO'S MOTION TO STAY ENFORCEMENT OF JUDGMENT

The parties, through their respective counsel, stipulate as follows:

1. The parties have two motions pending in this action. First, the Plaintiffs have filed a Motion for Attorney Fees (ECF Doc No. 573), which per the parties' most recent stipulation, is scheduled to be heard on August 10, 2018, at 10:00 a.m., in Department 3 (ECF Doc No. 577).

2. Second, Defendant County of Sacramento ("County") has filed a Motion to Stay Enforcement of Judgment (ECF Doc No. 586), which is scheduled to be heard on August 24, 2018, at 10:00 a.m. in Department 3.

3. In response to the Motion for Attorney Fees, the County, in conjunction with its opposition to that motion, retained an expert witness who submitted a report that included several exhibits and voluminous attachments. The Plaintiffs require additional time to review and reply to this evidence beyond what the current briefing schedule permits.

4. Following the County's filing of the Motion to Stay, the parties have continued to meet and confer regarding the enforcement of the Judgment (ECF Doc No. 530) and, in an effort to seek a resolution of that matter pending appeal, desire to have additional time to continue their discussions.

5. To allow the Plaintiffs to have the necessary time to reply to the County's opposition to the Motion for Attorney Fees, and to allow the parties to exhaust their efforts to discuss enforcement of the Judgment pending appeal, the parties stipulate that the hearings on the Motion for Attorney Fees and Motion to Stay Enforcement of the Judgment shall both be continued to September 21, at 10:00 a.m., in Department 3.

6. The Plaintiffs' reply in support of their Motion for Attorney Fees, and the Defendants' and Plaintiffs oppositions and reply related to the Motion for Stay of Enforcement of the Judgment, shall be filed on or before the dates required by Local Rule 230 based on the new, September 21, 2018 hearing dates for those motions.

//

7. The parties further agree that the previously agreed stay of execution of the Judgment, as set forth in their original stipulation on this matter (ECF Doc. No. 561), shall, for the time being, be extended until the date of the hearing on the Motion to Stay Enforcement of Judgment.

Dated: July 27, 2018                  LONGYEAR, O'DEA & LAVRA, LLP

By:    /s/ Mark P. O'Dea
Mark P. O'Dea, Esq.
Attorneys for Defendant
SACRAMENTO COUNTY

Dated: July 27, 2018                  COTA COLE & HUBER LLP

By:    /s/ Derek P. Cole
Derek P. Cole, Esq.
Co-Counsel for Defendant
SACRAMENTO COUNTY

Dated: July 27, 2018                  MILLSTONE PETERSON & WATTS LLP

By:    /s/ Glenn W. Peterson
Glenn W. Peterson, Esq.

Richard M. Ross, Esq.
LAW OFFICE OF RICHARD M. ROSS

Attorneys for Plaintiffs
THE SCHNEIDER FAMILY

COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

1  Dated: July 27, 2018               YETTER COLEMAN LLP

3                                     By:      /s/ R. Paul Yetter
                                          R. Paul Yetter, Esq. *(pro hac vice)*

                                          G. David Robertson, Esq.
                                          ROBERTSON, JOHNSON, MILLER &
                                          WILLIAMSON

                                          Attorneys for Plaintiffs
                                          JOSEPH HARDESTY

8  Dated: July 27, 2018               COLANTUONO, HIGHSMITH & WHATLEY, PC

10                                    By:      /s/ Michael G. Colantuono
                                          Michael G. Colantuono

                                          Attorneys for Defendants
                                          ROGER DICKINSON, JEFF GAMEL, and
                                          ROBERT SHERRY

15        IT IS SO ORDERED.

16  DATED: August 2, 2018.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

---

00060540.1                            4                    Case No. 2:10-cv-02414-KJM-KJN

STIPULATION AND ORDER RE COTINUANCE OF HEARINGS ON MOTIONS FOR ATTORNEY FEES AND
MOTION TO STAY ENFORCEMENT OF JUDGMENT