G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600

R. PAUL YETTER, ESQ. (*pro hac vice*)
CHRISTIAN J. WARD, ESQ. (*pro hac vice*)
Yetter Coleman LLP
811 Main, Suite 4100
Houston, Texas 77002
Telephone: (713)-632-8000

Attorneys for JOSEPH and YVETTE HARDESTY

GLENN W. PETERSON, ESQ.
California State Bar No. 126173
Millstone Peterson & Watts, LLP
2267 Lava Ridge Court, Suite 210
Roseville, California 95661
Telephone: (916) 780-8222

RICHARD M. ROSS, ESQ.
California State Bar No. 59943
8081 North Forbes Road
Lincoln, California 95648
Telephone: (916) 645-3713

Attorneys for JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, and JARED T. SCHNEIDER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>　　Defendants. | Case No. 2:10-cv-02414-KJM-KJN<br><br>Date: December 21, 2018<br>Time: 2:00 p.m.<br>Courtroom: 3<br>Judge: The Honorable Kimberly J. Mueller<br>Trial Date: February 16, 2017<br>Action Filed: September 8, 2010 |

**ORDER**

Plaintiffs' unopposed request to seal Yetter Coleman LLP's less-redacted billing records for filing or lodging with the Court pursuant to the parties' stipulation filed with the Court on September 10, 2018, ECF 592, is Granted.

It is Ordered that the billing records be sealed until further order of the court and that, in addition to the Court and its staff, the records be visible and accessible only to:

1. Counsel of record for Defendants County of Sacramento, Roger Dickinson, Robert Sherry, and Jeff Gamel and associated attorneys in their offices and Defendants' fees expert, Jack Pierce, and his staff and associates;

2. Counsel of record for Plaintiffs Joseph Hardesty, Yvette Hardesty, Jay L. Schneider, Susan J. Schneider, Jake J. Schneider, Leland A. Schneider, Katherine A. Schneider, Leland H. Schneider and Jared T. Schneider, and Plaintiffs' fee expert(s), if any; and associated attorneys in their offices; and

3. Paralegal, clerical, and secretarial personnel regularly employed by counsel and the expert referred to in subparts 1 and 2 immediately above, including stenographic deposition reports or videographers retained in connection with this action.

DATED: September 20, 2018.

_____
UNITED STATES DISTRICT JUDGE