LONGYEAR O'DEA AND LAVRA, LLP
GREGORY P. O'DEA, Bar No. 110966
MARK P. O'DEA, Bar No. 186061
3620 American River Drive - Suite 230
Sacramento, CA 95864-5923
odea@longyearlaw.com
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@cotalawfirm.com
COTA COLE & HUBER LLP
2261 Lava Ridge Court
Roseville, California 95661
Telephone:    (916) 780-9009
Facsimile:    (916) 780-9050

Co-Counsel for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**FURTHER STIPULATION AND ORDER REGARDING STAY OF ENFORCEMENT OF JUDGMENT**<br><br>Judge:　　　Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date:　February 16, 2017<br>Action Filed: September 8, 2010 |

FURTHER STIPULATION REGARDING STAY OF ENFORCEMENT OF JUDGMENT

The parties, through their respective counsel, stipulate as follows:

1. The Defendants' Motion for Stay of Enforcement of the Judgment (ECF Doc. No. 586) came on for hearing before the Court on October 19, 2018, at 11:00 a.m. in Department 3. Following oral argument, the motion was taken under submission. By the terms of the parties' previous stipulations (ECF Doc. Nos. 561, 577, and 581), the stipulated stay of enforcement expired as of the date of this hearing.

2. The parties stipulate to continue the stay of enforcement to which they previously agreed until the earlier of (i) 30 days from the date this Stipulation is approved by this Court, or (ii) the date the Court issues a ruling disposing of the County's motion.

Dated: October 19, 2018    LONGYEAR, O'DEA & LAVRA, LLP

By: /s/ Mark P. O'Dea
Mark P. O'Dea, Esq.
Attorneys for Defendant
SACRAMENTO COUNTY

Dated: October 19, 2018    COTA COLE & HUBER LLP

By: /s/ Derek P. Cole
Derek P. Cole, Esq.
Co-Counsel for Defendant
SACRAMENTO COUNTY

Dated: October 19, 2018    MILLSTONE PETERSON & WATTS LLP

By: /s/ Glenn W. Peterson
Glenn W. Peterson, Esq.

Richard M. Ross, Esq.
LAW OFFICE OF RICHARD M. ROSS

Attorneys for Plaintiffs
THE SCHNEIDER FAMILY

COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

1 Dated: October 19, 2018  YETTER COLEMAN LLP

By:     /s/ R. Paul Yetter
R. Paul Yetter, Esq. *(pro hac vice)*

G. David Robertson, Esq.
ROBERTSON, JOHNSON, MILLER & WILLIAMSON

Attorneys for Plaintiffs
HARDESTY

Dated: October 19, 2018  COLANTUONO, HIGHSMITH & WHATLEY, PC

By:     /s/ Michael G. Colantuono
Michael G. Colantuono

Attorneys for Defendants
ROGER DICKINSON, JEFF GAMEL, and ROBERT SHERRY

IT IS SO ORDERED.

Dated: October 24, 2018.

_____
UNITED STATES DISTRICT JUDGE