RICHARD S. LINKERT, Bar No. 88756
rlinkert@mathenysears.com
MATHENY SEARS LINKERT JAIME LLP
3638 American River Drive
Sacramento, CA 95864-4711
Telephone:  (916) 978-3434
Facsimile:  (916) 978-3430

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone:  (916) 780-9009
Facsimile:  (916) 780-9050

Co-Counsel for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER CONTINUING PARTIES' DEADLINE TO FILE JOINT STATUS REPORT FROM JANUARY 8, 2021 TO JANUARY 22, 2021**<br><br>Judge:　　Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date: Not Set<br>Action Filed: September 8, 2010 |

## STIPULATION AND ORDER

The parties, through their respective counsel, stipulate as follows:

1. Plaintiff County of Sacramento filed a Notice of Appeal (ECF Doc. No. 565) of the Judgment (ECF Doc. No. 530) previously entered in this case on June 9, 2017.

2. The Ninth Circuit Court of Appeals, in deciding the County's appeal, entered a Memorandum Disposition on August 19, 2020 (ECF Doc. No. 622) directing certain further proceedings in this Court. The Court of Appeals' Mandate was received by this Court on November 5, 2020. (ECF Doc No. 623.)

3. On November 19, 2020, the Court issued a Minute Order (ECF Doc. No. 624) setting a Status Conference on January 22, 2021, at 10 a.m., and directed the parties to file a Joint Status Report 14 days in advance of this conference, i.e., on January 8, 2021.

4. On December 29, 2020, the Court issued a further Minute Order (ECF Doc. No. 628) continuing the Status Conference to February 5, 2021, at 10 a.m., but maintaining the January 8, 2021 deadline for the parties' Joint Status Report.

5. The parties have held detailed discussions regarding the preparation of a Joint Status Report by electronic mail and by conference calls on December 18, 2020 and January 5, 2021.

6. The parties intend to further meet and confer to identify areas in which they agree and to resolve, to the extent possible, any disagreements regarding the scope of further proceedings in this Court. To this end, the parties believe further discussions regarding the matters to be included in the Joint Status Report would greatly assist them in preparing a report that will fully inform the Court as to the scheduling and conducting of its further proceedings.

7. To allow the parties to continue their dialogue, exchange drafts of a Joint Status Report, and finalize their report, the parties request an additional two weeks—until January 22, 2021—to submit the final Joint Status Report. The parties do not request continuance of the February 5, 2021 Status Conference.

8. For the above reasons, the parties stipulate, and request that the Court confirm by order, that the deadline for their Joint Status Report shall be January 22, 2021.

COLE HUBER LLP
2281 LAVA RDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

1    SO STIPULATED.

2    Dated:  January 5, 2021                  MATHENY SEARS LINKERT JAIME LLP

4                                              By:     /s/ Richard S. Linkert
                                                      Richard S. Linkert
5                                                     Attorneys for Defendant
                                                      SACRAMENTO COUNTY

7    Dated:  January 5, 2021                  COLE HUBER LLP

9                                              By:     /s/ Derek P. Cole
                                                      Derek P. Cole, Esq.
10                                                    Co-Counsel for Defendant
                                                      SACRAMENTO COUNTY

12   Dated:  January 5, 2021                  PETERSON WATTS LAW GROUP, LLP

14                                             By:     /s/ Glenn W. Peterson
                                                      Glenn W. Peterson, Esq,
15                                                    Attorneys for Plaintiffs
                                                      THE SCHNEIDER FAMILY

17   Dated:  January 5, 2021                  LAW OFFICE OF RICHARD M. ROSS

19                                             By:     /s/ Richard M. Ross
                                                      Richard M. Ross, Esq.
20                                                    Attorneys for Plaintiffs
                                                      THE SCHNEIDER FAMILY

22   Dated:  January 5, 2021                  YETTER COLEMAN LLP

24                                             By:     /s/ R. Paul Yetter
                                                      R. Paul Yetter, Esq. *(pro hac vice)*
25                                                    Attorneys for Plaintiffs
                                                      JOSEPH HARDESTY

1  Dated: January 5, 2021					ROBERTSON, JOHNSON, MILLER &
2											WILLIAMSON

3
4							By:	     /s/ G. David Robertson, Esq.
								G. David Robertson, Esq.
5								Attorneys for Plaintiffs
								JOSEPH HARDESTY
6

7	IT IS SO ORDERED.

8  Dated: January 6, 2021

9
10								_____
								CHIEF UNITED STATES DISTRICT JUDGE
11

COLE HUBER LLP
2281 LAVA RDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661