RICHARD S. LINKERT, Bar No. 88756
rlinkert@mathenysears.com
MATHENY SEARS LINKERT JAIME LLP
3638 American River Drive
Sacramento, CA 95864-4711
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court – Suite 300
Roseville, California 95661
Telephone:   (916) 780-9009
Facsimile:    (916) 780-9050

Attorneys for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER TO EXONERATE BOND**<br><br>Judge:　　Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date:　February 16, 2017<br>Action Filed: September 8, 2010 |

## STIPULATION TO EXONERATE BOND

The parties, through their respective counsel, stipulate as follows:

Plaintiffs and Sacramento County hereby stipulate to release the $53,402,501 bond (*see* ECF No. 620) that was posted in accordance with this Court's June 28, 2019, stay order (ECF No. 618). They also stipulate to exonerate Hartford Fire Insurance Company, the surety that posted the bond.

Hartford's bond secured Plaintiffs' interest in their money judgment while the County's appeal was pending. *See Rachel v. Banana Republic, Inc*., 831 F.2d 1503, 1505 n.1 (9th Cir. 1987). But the appeal is no longer pending. The Ninth Circuit reversed the damages awarded by the jury against the County. *Hardesty v. Sacramento Cty*., 824 F. App'x 474, 478 (9th Cir. 2020). And the Ninth Circuit has issued its mandate. (ECF No. 623.)  The County petitioned the United States Supreme Court for certiorari, but the Court denied the petition on June 28, 2021.

Because there is presently no money judgment to secure, no further proceedings remain in the Ninth Circuit, and the United States Supreme Court denied certiorari, Hartford's bond no longer serves any purpose and the parties agree that it may be released forthwith.

Accordingly, we request that the Court now do the following:

1. Order that bond number 72BSBID5173 issued by surety Hartford Fire Insurance Company is released and the surety is exonerated from all liability under said bond as of the date of this Court's order.

2. Nothing in this Stipulation is intended to determine, nor shall determine, the scope of further proceedings in this Court, including the issues to be tried or determined in accordance with the Mandate of the Ninth Circuit Court of Appeals (ECF Doc Nos. 622, 623).

[*Signatures on next page*]

SO STIPULATED.

Dated:  September 7, 2021        COLE HUBER LLP


                                 By:    */s/ Derek P. Cole*
                                        Derek P. Cole, Esq.
                                        Co-Counsel for Defendant
                                        SACRAMENTO COUNTY


Dated:  September 7, 2021        PETERSON WATTS LAW GROUP, LLP


                                 By:    */s/ Glenn W. Peterson*
                                        Glenn W. Peterson, Esq.
                                        PETERSON WATTS LAW GROUP, LLP
                                        Attorneys for Plaintiffs
                                        THE SCHNEIDER FAMILY

Dated:  September 7, 2021        YETTER COLEMAN LLP


                                 By:    */s/ Christian J. Ward*
                                        Christian J. Ward, Esq.
                                        YETTER COLEMAN LLP
                                        Attorneys for Plaintiffs
                                        THE HARDESTY FAMILY

**ORDER**

For good cause shown, surety Hartford Fire Insurance Company is exonerated and bond number 72BSBID5173 is hereby released.

IT IS SO ORDERED.

This order resolves ECF No. 644.

DATED: September 14, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE