RICHARD S. LINKERT, Bar No. 88756
rlinkert@mathenysears.com
MATHENY SEARS LINKERT JAIME LLP
3638 American River Drive
Sacramento, CA 95864-4711
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court – Suite 300
Roseville, California 95661
Telephone:   (916) 780-9009
Facsimile:   (916) 780-9050

Attorneys for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>                Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES STATED IN OCTOBER 4, 2021 ORDER**<br><br>Judge:         Hon. Kimberly J. Mueller<br>Magistrate:  Hon. Kendall J. Newman<br><br>Trial Date:   February 16, 2017<br>Action Filed:  September 8, 2010 |

00081211.3

**STIPULATION TO EXTEND DISCOVERY DEADLINES**

The parties, through their respective counsel, submit this stipulation to extend the deadlines provided in the Court's Order dated October 4, 2021 (ECF No. 650). A proposed order is attached as required under Local Rule 143(b).

Counsel for the respective parties have met and conferred and agree that limited requests for extension of certain of the deadlines stated in the Court's prior order (ECF No. 650) are warranted. Counsel collectively agree that additional time is necessary in the light of the claims and defenses involved in this case, and in order to leave sufficient time for fact-based discovery and for experts to review and process discovered documents. The parties thus request that the Court accommodate a readjustment of the discovery deadlines. To that end, the parties stipulate as follows:

1. The Court previously set a fact discovery cutoff date of March 1, 2022.

2. The Court previously set a deadline of 30 days from the date of the scheduling order in which to submit initial expert disclosures, with rebuttal expert disclosures due 30 days thereafter. Expert discovery is currently set to close on January 3, 2022.

3. The Court ordered filing of dispositive motions such that the Court could hear them by March 4, 2022.

4. Due to the claims and defenses involved in this case, as well as the time needed to propound discovery, schedule depositions, and allow experts to review discovery, additional time for discovery is needed.  The parties thus agree to the modifications to the Court's October 4, 2021 Order as stated below.

5. The deadline for parties to make any necessary supplemental disclosures under Rule 26(a)(1), without duplicating prior disclosures, shall be extended to December 18, 2021.

6. The deadline for any expert witness disclosures under Rule 26(a)(2) shall be extended to January 3, 2022.

7. The deadline for rebuttal expert witness disclosures shall be extended to February 2, 2022.

8. Expert witness discovery shall be extended to and close on March 4, 2022.

COLE HUBER LLP
2281 LAVA RIDGE COURT – Suite 300
ROSEVILLE, CALIFORNIA 95661

1   9.   Fact-based discovery shall be extended to and close on April 4, 2022.

2   10.  The deadline for dispositive motions shall be extended to April 4, 2022

SO STIPULATED.

Dated: October 13, 2021.                COLE HUBER LLP


By:     */s/ Derek P. Cole*
        Derek P. Cole, Esq.
        Co-Counsel for Defendant
        SACRAMENTO COUNTY


Dated: October 13, 2021.                PETERSON WATTS LAW GROUP, LLP


By:     */s/ Glenn W. Peterson*
        Glenn W. Peterson, Esq.
        PETERSON WATTS LAW GROUP, LLP
        Attorneys for Plaintiffs
        THE SCHNEIDER FAMILY

Dated: October 13, 2021.                YETTER COLEMAN LLP


By:     */s/ Christian J. Ward*
        Christian J. Ward, Esq.
        YETTER COLEMAN LLP
        Attorneys for Plaintiffs
        THE HARDESTY FAMILY

**ORDER**

For good cause shown, considering the parties' stipulation, the Court modifies the schedule stated in its October 4, 2021 Order, ECF No. 650, as follows.

1. The deadline for parties to make any necessary supplemental disclosures under Rule 26(a)(1), without duplicating prior disclosures, is extended to December 18, 2021.

2. The deadline for any expert witness disclosures under Rule 26(a)(2) is extended to January 3, 2022.

3. The deadline for any rebuttal expert witness disclosures is extended to February 2, 2022.

4. The cutoff for expert witness discovery is extended to March 4, 2022.

5. The deadline for fact-based discovery is extended to April 4, 2022.

6. The deadline for dispositive motions is extended to April 15, 2022.

7. All other deadlines identified in and requirements of the Court's October 4, 2021, ECF No. 650, shall remain the same.

IT IS SO ORDERED.

DATED: October 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE