RICHARD S. LINKERT, Bar No. 88756
rlinkert@mathenysears.com
MATHENY SEARS LINKERT JAIME LLP
3638 American River Drive
Sacramento, CA 95864-4711
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone:   (916) 780-9009
Facsimile:   (916) 780-9050

Co-Counsel for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>    Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGMENT PURSUANT TO LOCAL RULE 279(b)**<br><br>Judge:    Hon. Kimberly J. Mueller<br>Magistrate:  Hon. Kendall J. Newman<br><br>Trial Date:  Not Set<br>Action Filed:  September 8, 2010 |

00083083.1

NOTICE OF WAIVER

**TO THE CLERK OF THIS COURT AND ALL PARTIES INTERESTED:**

Defendant County of Sacramento hereby requests that the assigned Magistrate participate in a settlement conference in this action and hereby waives any claim for disqualification of the assigned Magistrate on that basis.

Dated:  January 4, 2022        Respectfully submitted,

COLE HUBER LLP

By:  _____/s/ Derek P. Cole_____
    Derek P. Cole
    Attorneys for Defendant
    SACRAMENTO COUNTY

Dated:  January 4, 2022        MATHENY SEARS LINKERT JAIME LLP

By:  _____/s/ Richard S. Linkert_____
    Richard S. Linkert
    Attorneys for Defendant
    SACRAMENTO COUNTY

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2022, all counsel of record were served a true and correct copy of this document via e-filing, e-mail and/or hand delivered.

/s/ Crystal J. Roberts
Crystal J. Rpberts