G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600

R. PAUL YETTER, ESQ. (*pro hac vice*)
CHRISTIAN J. WARD, ESQ. (*pro hac vice*)
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713)-632-8000

Attorneys for Plaintiffs
JOSEPH and YVETTE HARDESTY

GLENN W. PETERSON, ESQ.
California State Bar No. 126173
Peterson Watts Law Group, LLP
2267 Lava Ridge Court, Suite 210
Roseville, California 95661
Telephone: (916) 780-8222

RICHARD M. ROSS, ESQ.
California State Bar No. 59943
8081 North Forbes Road
Lincoln, California 95648
Telephone: (916) 716-1907

Attorneys for Plaintiffs JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, and JARED T. SCHNEIDER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>    Defendants. | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES STATED IN OCTOBER 4, 2021 ORDER**<br><br>Judge:      Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date: Not Set<br>Action Filed: September 8, 2010 |

**STIPULATION TO EXTEND DISCOVERY DEADLINES**

The parties, through their respective counsel, submit this stipulation to extend the deadlines provided in the Court's Order dated October 4, 2021 (ECF No. 650), which was modified by stipulation and order filed October 18, 2021 (ECF No. 652) and again on December 22, 2021 (ECF No. 657)(collectively, "Prior Orders"). A proposed order is attached as required under Local Rule

STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES
Page 1

143(b).

Counsel for the respective parties have met and conferred and agree that limited requests for extension of certain deadlines stated in the Court's Prior Orders are warranted. Counsel collectively agree that additional time is necessary in the light of the claims and defenses involved in this case, and in order to leave sufficient time for fact-based discovery and for experts to review and process discovered documents. The parties thus request that the Court accommodate a readjustment of the discovery deadlines to generally provide extending each of them another thirty (30) days To that end, the parties stipulate as follows:

1. The Court previously set a fact discovery cutoff date of March 18, 2022.

2. The Court previously set a deadline of 30 days from the date of the scheduling order in which to submit initial expert disclosures, with rebuttal expert disclosures due 30 days thereafter. Expert discovery is currently set to close on June 6, 2022.

3. The Court ordered filing of dispositive motions such that the Court could hear them by July 29, 2022.

4. Due to the claims and defenses involved in this case, as well as the time needed to propound discovery, schedule depositions, and allow experts to review discovery, additional time for discovery is needed. The parties thus agree to the modifications to the Court's Prior Orders as stated below.

5. The deadline for parties to make any necessary supplemental disclosures under Rule 26(a)(1), without duplicating prior disclosures, shall be extended from March 18, 2021 to April 18, 2022.

6. The deadline for any expert witness disclosures under Rule 26(a)(2) shall be extended from April 4, 2022 to May 4, 2022.

7. The deadline for rebuttal expert witness disclosures shall be extended from May 2, 2022 to June 2, 2022.

8. Expert witness discovery shall be extended to and close on July 6, 2022, instead of June 6, 2022.

STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES
Page 2

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

9. Fact-based discovery shall be extended to and close on August 5, 2022 instead of July 5, 2022.

10. The deadline for dispositive motions shall be extended from July 22, 2022 to August 26, 2022.

**SO STIPULATED.**

Dated: March 7, 2022          COLE HUBER LLP

                              By:    /s/ Derek P. Cole
                                  Derek P. Cole, Esq.
                                  Co-Counsel for Defendant
                                  SACRAMENTO COUNTY

Dated: March 7, 2022          PETERSON WATTS LAW GROUP, LLP

                              By:    /s/ Glenn W. Peterson
                                  Glenn W. Peterson, Esq.
                                  PETERSON WATTS LAW GROUP, LLP
                                  Attorneys for Plaintiffs
                                  THE SCHNEIDER FAMILY

Dated: March 7, 2022          YETTER COLEMAN LLP

                              By:    /s/ Christian J. Ward
                                  Christian J. Ward, Esq.
                                  YETTER COLEMAN LLP
                                  Attorneys for Plaintiffs
                                  THE HARDESTY FAMILY

STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES
Page 3

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

## ORDER

For good cause shown, considering the parties' stipulation, the Court modifies the schedule stated in its December 22, 2022 Order (ECF No. 657) as follows.

1. The deadline for parties to make any necessary supplemental disclosures under Rule 26(a)(1), without duplicating prior disclosures, is extended to April 18, 2021.

2. The deadline for any expert witness disclosures under Rule 26(a)(2) is extended to May 4, 2022.

3. The deadline for any rebuttal expert witness disclosures is extended to June 1, 2022.

4. The cutoff for expert witness discovery is extended to July 6, 2022.

5. The deadline for fact-based discovery is extended to August 4, 2022.

6. The deadline to hear dispositive motions is extended to September 9, 2022.

7. All other deadlines identified in and requirements of the Court's October 4, 2021 (ECF No. 650) shall remain the same.

**IT IS SO ORDERED.**

DATED: March 9, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES
Page 4

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501