RICHARD S. LINKERT, Bar No. 88756
rlinkert@mathenysears.com
MATHENY SEARS LINKERT JAIME LLP
3638 American River Drive
Sacramento, CA 95864-4711
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

Attorneys for Defendant
SACRAMENTO COUNTY

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court – Suite 300
Roseville, California 95661
Telephone:   (916) 780-9009
Facsimile:   (916) 780-9050

Attorneys for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>  Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES**<br><br>Judge:        Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date:   February 16, 2017<br>Action Filed: September 8, 2010 |

**STIPULATION TO EXTEND DISCOVERY DEADLINES**

The parties, through their respective counsel, submit this stipulation to extend the deadlines provided in the Court's Order dated October 4, 2021 (ECF No. 650), which was modified by stipulation and order filed October 18, 2021 (ECF No. 652), on December 22, 2021 (ECF No. 657) and again on March 9, 2022 (ECF No. 668) (collectively, "Prior Orders").  A proposed order is attached as required under Local Rule 143(b).

Counsel for the respective parties have met and conferred and agree that limited requests for extension of the remaining deadlines stated in the Court's Prior Orders are warranted. Counsel collectively agree that additional time is necessary in the light of (i) the nature of the claims and defenses involved in this case; (ii) the number of expert witnesses the parties have disclosed and the complexity of the subjects covered by their expert reports; (iii) and the number of depositions the parties anticipate they will need to take to complete expert and fact-based discovery. To that end, the parties stipulate as follows:

1. The Court previously set an expert discovery cutoff date of July 6, 2022.

2. The Court previously set a fact discovery cutoff date of August 4, 2022.

2. The Court ordered filing of dispositive motions such that the Court could hear them by August 26, 2022.

4. Due to the claims and defenses involved in this case, as well as the time needed to propound discovery, schedule depositions, and allow experts to review discovery, additional time for both expert and fact-based discovery is needed.  The parties agree that due to the intertwined importance of expert and fact-based witnesses and evidence, it would be most effective to have expert and fact-based discovery conclude on the same date.

5. To provide the reasonable additional time needed to complete remaining discovery, the parties stipulate expert witness discovery shall be extended to and close on September 30, 2022, instead of July 6, 2022.

6. The parties further stipulate that fact-based discovery shall be extended to and close on September 30, 2022, instead of August 4, 2022.

//

COLE HUBER LLP
2281 LAVA RIDGE COURT – Suite 300
ROSEVILLE, CALIFORNIA 95661

7. In light of the above extensions, the deadline for dispositive motions shall be extended from September 9, 2022 to October 28, 2022.

SO STIPULATED.

Dated: July 11, 2022      COLE HUBER LLP


By:   */s/ Derek P. Cole*
   Derek P. Cole, Esq.
   Co-Counsel for Defendant
   SACRAMENTO COUNTY

Dated: July 11, 2022      PETERSON WATTS LAW GROUP, LLP


By:   */s/ Glenn W. Peterson*
   Glenn W. Peterson, Esq.
   PETERSON WATTS LAW GROUP, LLP
   Attorneys for Plaintiffs
   THE SCHNEIDER FAMILY

Dated: July 11, 2022      YETTER COLEMAN LLP


By:   */s/ Christian J. Ward*
   Christian J. Ward, Esq.
   YETTER COLEMAN LLP
   Attorneys for Plaintiffs
   THE HARDESTY FAMILY

**ORDER**

Good cause appearing, considering the parties' stipulation, the court modifies the schedule stated in its March 9, 2022 Order, ECF No. 668, as follows.

1. The cutoff for expert witness discovery is extended to September 30, 2022.
2. The deadline for fact-based discovery is extended to September 30, 2022.
3. Dispositive motions shall be heard by November 18, 2022.
4. All other deadlines and requirements contained in the court's October 4, 2021, ECF No. 650, shall remain the same.

IT IS SO ORDERED.

Dated: July 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE