G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600

R. PAUL YETTER, ESQ. (*pro hac vice*)
JUSTIN P. TSCHOEPE (*pro hac vice*)
CHRISTIAN J. WARD, ESQ. (*pro hac vice*)
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713)-632-8000

DAVID A. DIEPENBROCK
Weintraub Tobin Chediak Coleman Grodin Law Corporation
400 Capital Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000

Attorneys for Plaintiffs
JOSEPH and YVETTE HARDESTY

GLENN W. PETERSON, ESQ.
California State Bar No. 126173
Peterson Watts Law Group, LLP
2267 Lava Ridge Court, Suite 210
Roseville, California 95661
Telephone: (916) 780-8222

RICHARD M. ROSS, ESQ.
California State Bar No. 59943
8081 North Forbes Road
Lincoln, California 95648
Telephone: (916) 716-1907

Attorneys for Plaintiffs JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, and JARED T. SCHNEIDER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>Defendants. | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER GRANTING REQUEST FOR STATUS CONFERENCE**<br><br>Judge:      Hon. Kimberly J. Mueller<br>Magistrate:  Hon. Kendall J. Newman<br><br>Trial Date: Not Set<br>Action Filed: September 8, 2010 |

## JOINT STIPULATION FOR STATUS CONFERENCE

The parties, through their respective counsel, submit this joint stipulation requesting a status conference with the Court for December 9, 2022 at 10:00 AM PT. The parties wish to discuss the status of the case, proceeding to trial, and any other matters the Court would like to hear. A proposed order is attached as required under Local Rule 143(b).

Counsel for the respective parties have met and conferred and agree all parties' counsel are available on this date.

**SO STIPULATED.**

Dated: October 30, 2022          COLE HUBER LLP

By: _____/s/ Derek P. Cole_____
Derek P. Cole, Esq.
Co-Counsel for Defendant
SACRAMENTO COUNTY

Dated: October 30, 2022          PETERSON WATTS LAW GROUP, LLP

By: _____/s/ Glenn W. Peterson_____
Glenn W. Peterson, Esq.
PETERSON WATTS LAW GROUP, LLP
Attorneys for Plaintiffs
THE SCHNEIDER FAMILY

Dated: October 30, 2022          YETTER COLEMAN LLP

By: _____/s/ Justin P. Tschoepe_____
Justin P. Tschoepe, Esq.
YETTER COLEMAN LLP
Attorneys for Plaintiffs
THE HARDESTY FAMILY

**ORDER**

For good cause shown, considering the parties' stipulation, the Court sets a status conference in this case for December 15, 2022 at 2:30 PM before Chief Judge Kimberly J. Mueller. The parties shall file a joint status report fourteen (14) days prior to the hearing.

**IT IS SO ORDERED.**

DATED: October 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE