GLENN W. PETERSON, SBN 126173
gpeterson@petersonwatts.com
**PETERSON WATTS LAW GROUP LLP**
2267 Lava Ridge Court, Suite 210
Roseville, California 95661
Telephone: (916) 780-8222

Attorneys for Plaintiffs JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, and JARED T. SCHNEIDER

DEREK P. COLE, SBN 204250
dcole@colehuber.com
**COLE HUBER LLP**
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 780-9009

Co-Counsel for Defendant
SACRAMENTO COUNTY

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>    Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE FOR FILING DISMISSAL AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Kimberly J. Mueller<br>Magistrate:  Hon. Kendall J. Newman |

    Plaintiffs JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, and JARED T. SCHNEIDER ("Plaintiffs") and Defendant County of Sacramento ("County") hereby jointly advise the Court as follows:

    The parties in the above-entitled matter, i.e., Case No. 2:12-cv-2457-KJM-KJN (*Jay*

*Schneider, et al. vs. County of Sacramento, et al.* ["Schneider Case"], partially consolidated with Case No. 2:10-cv-02414-KJM-KJN (*Joseph Hardesty, et al. vs. Sacramento Metropolitan Air Quality Management District, et al.* ["Hardesty Case"] hereby advise the Court that they continue to work diligently to complete the various actions called for under the settlement agreement, and hereby request additional time within which to file a Stipulation of Dismissal of the Schneider Case with prejudice. By minute order dated May 5, 2023, the Court directed that a dismissal document be filed by May 30, 2023. The parties hereby jointly request that the Court extend that deadline by an additional 20 days.

This settlement does not impact the Hardesty Case.

Respectfully submitted,

Dated: June 1, 2023                    **COLE HUBER LLP**

By: ____/s/ Derek P. Cole____
Derek P. Cole, Esq.
Co-Counsel for Defendant
SACRAMENTO COUNTY

Dated: June 1, 2023                    **PETERSON WATTS LAW GROUP, LLP**

By: ____/s/ Glenn W. Peterson____
Glenn W. Peterson, Esq.
PETERSON WATTS LAW GROUP, LLP
Attorneys for Plaintiffs
THE SCHNEIDER FAMILY

**[PROPOSED] ORDER**

For good cause shown, considering the parties' stipulation, the Court grants the request for additional time to dismiss the action.

IT IS SO ORDERED.

Dated: _____, 2023

                                              _____
                                              Hon. Kimberly J. Mueller
                                              CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2023, all counsel of record were served a true and correct copy of this document by e-filing, email or hand delivery.

                                              /s/ Glenn W. Peterson
                                              GLENN W. PETERSON