G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600

R. PAUL YETTER, ESQ. (*pro hac vice*)
JUSTIN P. TSCHOEPE (*pro hac vice*)
CHRISTIAN J. WARD, ESQ. (*pro hac vice*)
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713)-632-8000

DAVID A. DIEPENBROCK
Weintraub Tobin Chediak Coleman Grodin
Law Corporation
400 Capital Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000

Attorneys for Plaintiffs
JOSEPH and YVETTE HARDESTY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH HARDESTY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>    Defendants. | Case No.: 2:10-cv-02414-KJM-KJN<br>Consolidated with: 2:12-cv-2457-KJM-KJN<br><br>**STIPULATION AND ORDER GRANTING REQUEST FOR PRE-TRIAL CONFERENCE**<br><br>Judge:      Hon. Kimberly J. Mueller<br>Magistrate: Hon. Kendall J. Newman<br><br>Trial Date: October 3, 2023<br>Action Filed: September 8, 2010 |

**JOINT STIPULATION TO SET DEADLINES AND FOR PRE-TRIAL CONFERENCE**

The parties, through their respective counsel, submit this joint stipulation requesting a pre-trial conference with the Court for **September 22, 2023 at 10:00 AM**. The parties wish to discuss all pending pre-trial matters, including, but not limited to: pre-admission of exhibits, the handling of any remaining objections to exhibits and deposition designations, overall trial expectations, and any other

matters the Court would like to discuss.

The parties also stipulate to the following pre-trial deadlines:

The parties will exchange witness lists, exhibit lists, exhibits, and designations of deposition testimony on **September 5, 2023**.

The parties will exchange objections to exhibits and designations of deposition testimony on **September 11, 2023**.

The parties will file a Joint Pre-Trial Order, including final witness lists, exhibits lists, and deposition testimony designations, including outstanding objections to both testimony and exhibits, on **September 15, 2023**.

The parties will file opening trial briefs no later than **September 19, 2023**.

The parties can file any responsive trial briefs no later than **September 26, 2023.**

The parties will file their proposed *voir dire* questions no later than **September 26, 2023**.

A proposed order is attached as required under Local Rule 143(b).

Counsel for the respective parties have met and conferred and agree all parties' counsel are available on this date.

**SO STIPULATED.**

Dated: August 10, 2023            COLE HUBER LLP


By:      /s/ Derek P. Cole
         Derek P. Cole, Esq.
         Co-Counsel for Defendant
         SACRAMENTO COUNTY


Dated: August 10, 2023            YETTER COLEMAN LLP


By:      /s/ Justin P. Tschoepe
         Justin P. Tschoepe, Esq.
         YETTER COLEMAN LLP
         Attorneys for Plaintiffs
         THE HARDESTY FAMILY

# **ORDER**

For good cause shown, considering the parties' stipulation, the Court sets a pre-trial conference in this case for **September 22, 2023 at 10:00 AM**.

The parties will exchange witness lists, exhibit lists, exhibits, and designations of deposition testimony on **September 5, 2023**.

The parties will exchange objections to exhibits and designations of deposition testimony on **September 11, 2023**.

The parties will file a proposed Joint Pre-Trial Order with final witness lists, exhibits lists, and deposition testimony designations, including outstanding objections to both testimony and exhibits, on **September 15, 2023**.

The parties will file opening trial briefs no later than **September 19, 2023**.

The parties can file any responsive trial briefs no later than **September 26, 2023.**

The parties will file their proposed *voir dire* questions no later than **September 26, 2023**.

**IT IS SO ORDERED.**

DATED:  August 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE