UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Hardesty et al., | No. 2:10-cv-02414-KJM-KJN |
| Plaintiffs, | Consolidated with: 2:12-cv-02457-KJM-KJN |
| v. | ORDER |
| Sacramento Metropolitan Air Quality Management District et al., | |
| Defendants. | |

On August 15, 2014, this court signed an order consolidating *Hardesty v. Sacramento Metropolitan Air Quality Management District*, Case No. 2:10-cv-02414-KJM-KJN (*Hardesty*) with *Schneider v. County of Sacramento*, Case No. 2:12-cv-02457-KJM-KJN (*Schneider*), with the exception of the claims against defendant Bieber. *See* Prior Order (Aug. 15, 2014), ECF No. 186 (*Hardesty*); ECF No. 81 (*Schneider*). Defendant Bieber remained the sole defendant for *Schneider*. On June 9, 2016, this court closed the unconsolidated portion of the *Schneider* case against defendant Bieber. *See* Prior Order (June 8, 2016), ECF No. 283 (*Hardesty*); ECF No. 127 (*Schneider*). Because the actions have been fully consolidated, documents must be filed only in the lead case, i.e., *Hardesty*. The *Schneider* case is closed.

However, the parties in *Schneider* have been filing some documents on both dockets, *see, e.g.*, Stip. Extend Time, ECF No. 144 (*Schneider*); ECF No. 693 (*Hardesty*), while filing other documents only on the *Schneider* docket. *See, e.g.*, Notice of Settlement, ECF No. 142 (*Schneider*); Statement of Non-Opposition, ECF No. 148 (*Schneider*). Accordingly, the Clerk of Court is **directed to re-file** the documents filed at ECF Nos. 142, 146, 148, and 149, in *Schneider*, Case No. 2:12-cv-02457-KJM-KJN, in the lead case, *Hardesty*, Case No. 2:10-cv-02414-KJM-KJN. To the extent the Motion to Enforce Settlement Agreement, ECF No. 147 (*Schneider*), includes documents that are not filed with the same motion at ECF No. 712 (*Hardesty*), defendant County of Sacramento may file those additional documents in *Hardesty*. **Any future filings shall be filed only in the lead *Hardesty* case.** The Clerk of Court is **directed to file this order in both** *Hardesty*, Case No. 2:10-cv-02414-KJM-KJN, and *Schneider*, 2:12-cv-02457-KJM-KJN.

IT IS SO ORDERED.

DATED: August 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE