

# United States District Court
# Eastern District of California

| Joseph Hardesty, et al., | Case Number: 2:10-cv-02414-KJM-KJN |
|---|---|
| Plaintiff(s) | |
| V. | |
| Sacramento Metropolitan Air Quality Management District, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Alexander R. Ades** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Joseph Hardesty, et al.

On **12/16/2021** (date), I was admitted to practice and presently in good standing in the **Texas State Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/07/2023         Signature of Applicant: /s/ Alexander R. Ades

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Alexander R. Ades |
| Law Firm Name: | Yetter Coleman, LLP |
| Address: | 811 Main Street, Suite 4100 |
| City: | Houston    State: TX    Zip: 77002 |
| Phone Number w/Area Code: | (713) 632-8000 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | aades@yettercoleman.com |
| Secondary E-mail Address: | srichey@yettercoleman.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | David Diepenbrock |
| Law Firm Name: | Weintraub Tobin Chediak Coleman Grodin LC |
| Address: | 400 Capitol Mall, 11th Floor |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 558-6000    Bar #: 215679 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 8, 2023

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Alexander Reed  Ades**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 16th day of December, 2021.

I further certify that the records of this office show that, as of this date

**Alexander Reed  Ades**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of August, 2023.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 5135C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 08, 2023

Re: Alexander Reed Ades, State Bar Number 24127225

To Whom It May Concern:

This is to certify that Alexander Reed Ades was licensed to practice law in Texas on December 16, 2021, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

