COLE HUBER LLP
DEREK P. COLE. ESQ.  (SBN 204250)
TYLER SHERMAN, ESQ. (SBN 343567)
2281 Lava Ridge Court, Suite 300
Roseville, CA 95661
Telephone:	(916) 780-9009\
Facsimile:	(916) 780-9050
Email: dcole@colehuber.com
       tsherman@colehuber.com

**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California 95864
Telephone:	(916) 978-3434
Facsimile:	(916) 978-3430
Email: rlinkert@mathenysears.com
       msimmons@mathenysears.com

Attorneys for Defendant, COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, an individual and YVETTE HARDESTY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>Defendants. | Case No.: 2:10-cv-02414-KJM-KJN<br><br>**[PROPOSED ORDER]**<br><br>**GRANTING IN PART AND DENYING IN PART DEFENDANT COUNTY OF SACRAMENTO'S MOTION TO ENFORCE SETTLEMENT**<br><br>**Mediator:** Hon. Kimberly J. Mueller<br>**Date:** September 22, 2023<br>**Dept:** Courtroom 3<br>**Time:** 10:00 AM |
| JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND J. SCHNEIDER, JARET T. SCHNEIDER,<br><br>Plaintiffs,<br><br>vs. | Case No.: 2:12-cv-02457-LKK-DAD |

COUNTY OF SACRAMENTO, a political subdivision of the State of California, et al.,

Defendants.

On September 22, 2023, Plaintiffs JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND J. SCHNEIDER, JARET T. SCHNEIDER, by and through their counsel of record, and Defendant COUNTY OF SACRAMENTO appeared before the Court on the County of Sacramento's ("County") Motion to Enforce the Settlement Agreement between the Schneider Plaintiffs and the County.

After careful consideration of the parties' papers, the respective parties' comments at the hearing, and for the reasons as stated on the record, the Motion is GRANTED in PART and DENIED in PART.

**IT IS HEREBY ORDERED** that the settlement agreement the parties signed and authorized at the conclusion of their mediation on March 15, 2023, which the parties' referred to as the "Bridge Agreement," a copy of which is attached as **Exhibit A**, shall be enforced. For the reasons stated on the record during the hearing on this motion, the Court denies the County's request to enforce the subsequent version of the settlement agreement not all the Schneider Plaintiffs agreed to sign. The County shall have 20 days from entry of this order to make the payment required by the Bridge Agreement.

**IT IS SO ORDERED.**

Dated: October ___, 2023

HON. KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT
COURT JUDGE – EASTERN DISTRICT
OF CALIFORNIA

# EXHIBIT A

**Santa Ana Office**
601 S. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

www.judicatewest.com

3/15/2023

## Stipulation for Settlement

**Jay L. Schneider, et al. vs. County of Sacramento** | Judicate West Case No **A300057**

IT IS HEREBY STIPULATED by and between the parties through the respective counsel or representative of each that the above-referenced case has been settled according to the terms memorialized herein below. This settlement document is intended by the parties to be binding and enforceable in court - in state court by motion pursuant to C.C.P § 664.6 and Evidence Code § 1123, or in federal court by motion pursuant to the inherent power of the court to enforce settlement agreements and in accordance with applicable federal rules of procedure and evidence. To the extent the parties and/or their counsel are signing this Stipulation through electronic means, they hereby intend to be bound by each of their electronic signatures to this Stipulation pursuant to the Uniform Electronic Transactions Act (Civ. Code § 1633.1 *et seq.*) or the Electronic Signatures in Global and National Commerce Act (15 U.S.C. 96 *et seq.*).

It is stipulated and agreed between the parties that this case is settled in the total amount of $20,000,000, which sum includes attorneys' fees and costs, to be paid by the County of Sacramento to plaintiffs Jay L. Schneider, Susan J. Schneider, Jake J. Schneider, Leland A. Schneider, Katherine A. Schneider, Leland H. Schneider and Jared T. Schneider. This settlement represents a continuation of the County's commitment to acknowledge and recognize the appellate opinion rendered by the 9th Circuit Court of Appeals in this case and the resolution of the County Board of Supervisors dated June 14, 2022 and Judge Mueller's order denying County's motion for new trial dated March 31, 2018. This settlement is subject to final approval by the County Board of Supervisors. The settlement check shall be made payable to attorney Richard M. Ross for deposit in his attorney-client trust account for distribution to the individual plaintiffs. The Hon. David W. Abbott, Judge, (Retired) shall be the arbiter of all disputes regarding interpretation and execution of this agreement.

In order to facilitate the above specified terms of settlement, the parties further agree that on or before the **14th day of April, 2023** they will execute or exchange the following:

| | | | |
|---|---|---|---|
| ☒ Settlement / Release Agreement | Prepared by | _____ plaintiff | _____ defendant |
| ☒ Request for Dismissal | Prepared by | _____ plaintiff | _____ defendant |
| ☒ Other | Counsel for the parties | | |

Pg 1 of 2

Downtown Los Angeles Office • 601 S. Figueroa Street Suite 4000, Los Angeles, CA 90017 • (213) 223-1113 • Fax (213) 223-1114
San Diego Office • 402 W. Broadway Suite 2400, San Diego, CA 92101 • (619) 814-1966 • Fax (619) 814-1967
San Francisco Office • 100 Pine Street Suite 1950, San Francisco, CA 94111 • (415) 266-1242 • Fax (415) 266-1243
West Los Angeles Office • 11601 Wilshire Blvd Suite 2040, Los Angeles, CA 90025 • (310) 442-2100 • Fax (310) 442-2125
Sacramento Office • 980 9th Street Suite 2290, Sacramento, CA 95814 • (916) 394-8490 • Fax (916) 394-8495

3/15/2023
Stipulation for Settlement
**Jay L. Schneider, et al. vs. County of Sacramento**

The terms, conditions and content of this stipulation are the product of the counsel and not the mediator, the parties acknowledge that the mediator serves only as scribe not originator. All relevant parties must sign below. Copies are acceptable in lieu of originals and this stipulation may be executed in counterparts.

Approved as to form

Richard M. Ross, Esq.
Attorney for Plaintiff
Date Signed:

Glenn W. Peterson, Esq.
Attorney for Plaintiff
Date Signed:

Derek P. Cole, Esq.
Attorney for Defendant
Date Signed:

Richard Linkert, Esq.
Attorney for Defendant
Date Signed:

Madison M. Simmons, Esq.
Attorney for Defendant
Date Signed:

Downtown Los Angeles Office • 601 S. Figueroa Street Suite 4000, Los Angeles, CA 90017 • (213) 223-1113 • Fax (213) 223-1114
San Diego Office • 402 W. Broadway Suite 2400, San Diego, CA 92101 • (619) 814-1966 • Fax (619) 814-1967
San Francisco Office • 100 Pine Street Suite 1950, San Francisco, CA 94111 • (415) 266-1242 • Fax (415) 266-1243
West Los Angeles Office • 11601 Wilshire Blvd Suite 2040, Los Angeles, CA 90025 • (310) 442-2100 • Fax (310) 442-2125
Sacramento Office • 980 9th Street Suite 2290, Sacramento, CA 95814 • (916) 394-8490 • Fax (916) 394-8495