G. DAVID ROBERTSON
California State Bar No. 111984
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 329-5600

R. PAUL YETTER (*pro hac vice*)
JUSTIN P. TSCHOEPE (*pro hac vice*)
CHRISTIAN J. WARD (*pro hac vice*)
ALEXANDER R. ADES (*pro hac vice*)
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

DAVID A. DIEPENBROCK
Weintraub Tobin Chediak Coleman Grodin Law Corp.
California State Bar No. 215679
400 Capital Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000

Attorneys for Plaintiffs
JOSEPH and YVETTE HARDESTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SACRAMENTO METROPOLITAN AIR QUALITY MGMT. DISTRICT, et al., <br><br> Defendants. | Case No.: 2:10-cv-02414-KJM-KJN <br> Consolidated with: 2:12-cv-2457-KJM-KJN <br><br> Judge:    Hon. Kimberly J. Mueller <br> Magistrate:   Hon. Kendall J. Newman <br><br> Trial Date:   October 17, 2023 <br> Action Filed: September 8, 2010 |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 160(a), the parties respectfully notify the Court that the parties have entered into a settlement agreement. Pursuant to that agreement, the parties will file dismissal papers within five business days of Plaintiffs' receipt of confirmation that the settlement payment has cleared.

Dated: October 13, 2023					COLE HUBER LLP

							By:	/s/ Derek P. Cole
								Derek P. Cole, Esq.
								Co-Counsel for Defendant

Dated: October 13, 2023					YETTER COLEMAN LLP

							By:	/s/ Justin P. Tschoepe
								Justin P. Tschoepe, Esq.
								Co-Counsel for Hardesty Plaintiffs

**CERTIFICATE OF SERVICE**

   I certify that on October 13, 2023, all counsel of record were served a true and correct copy of this document by e-filing, e-mail, and/or hand-delivery.

							/s/ Justin P. Tschoepe
							Justin P. Tschoepe