GLENN W. PETERSON, ESQ. (SBN: 126173)
gpeterson@petersonwatts.com
**PETERSON WATTS LAW GROUP, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, California 95661
Telephone: (916) 780-8222

RICHARD M. ROSS, ESQ. (SBN: 59943)
richross@calcounsel.com
**LAW OFFICE OF RICHARD M. ROSS**
8081 North Forbes Road
Lincoln, California 95648
Telephone: (916) 716-1907

Attorneys for Plaintiffs .Y L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, and JARED T. SCHNEIDER

DEREK COLE, Bar No. 204250
dcole@colehuber.com
**COLE HUBER LLP**
2281 Lava Ridge Court, Suite 300
Roseville, CA 95661
Telephone: (916) 780-9009

Co-Counsel for Defendant
SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAY L. SCHNEIDER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO, ET AL., <br><br> Defendant(s). | CASE NO. 2:10-cv-02414-KJM-KJN <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** <br><br> Judge:   Hon. Kimberly J. Mueller <br> Dept:    3 |

## STIPULATION

WHEREAS, a jury found the County liable for violating Plaintiffs' procedural and substantive due process rights and awarded damages, and the County filed motions for judgment after trial and new trial, which District Judge Kimberly J. Mueller denied by order dated March 31, 2018.

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER

Page 1

WHEREAS, the County appealed the jury's verdict to the United States Court of Appeals for the Ninth Circuit. The Ninth Circuit, by memorandum opinion dated August 19, 2020, upheld the jury's finding of liability for violation of due process as to the County. The Court affirmed the jury's finding that the County acted arbitrarily and unreasonably to deprive the Schneiders of their constitutional rights. However, the Ninth Circuit reversed liability as to the individual Defendants on grounds of immunity and reversed and remanded damages to the District Court as the jury's award of damages was excessive.

WHEREAS, the Court had previously set this case for a second jury trial on October 11, 2023 limited to determining the amount of damages caused to the Plaintiffs by the County's actions.

WHEREAS, prior to said trial date, the Parties hereto reached and entered into a Settlement Agreement, which this Court has affirmed and ordered its enforcement

WHEREAS, on October 6, 2023, the Court (ECF 746 Hardesty) ordered enforcement of the settlement agreement made by the Parties and for the County to make payment to Plaintiffs by October 26, 2023. Payment having been received the settlement agreement requires Plaintiffs to dismiss the action with prejudice which is requested by this pleading.

WHEREAS, Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that a Plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

WHEREFORE, the Parties hereby stipulate that this action be dismissed with prejudice as to all Defendants and in its entirety, with each Party to bear his own attorneys' fees and costs, and that the Court may enter the following order upon this stipulation.

/ / /

/ / /

SO STIPULATED.

Dated: November 7, 2023        COLE HUBER LLP

By:      /s/ *Derek P. Cole*
        Derek P. Cole, Esq.

        Attorney for Defendant
        SACRAMENTO COUNTY

Dated: November 7, 2023        PETERSON WATTS LAW GROUP, LLP

By:      /s/ *Glenn W. Peterson*
        Glenn W. Peterson, Esq.

        Attorneys for Plaintiffs
        THE SCHNEIDER FAMILY

Dated: November 7, 2023        LAW OFFICE OF RICHARD M. ROSS

By:      /s/ *Richard Ross*
        Richard Ross, Esq.

        Attorneys for Plaintiffs
        THE SCHNEIDER FAMILY

## ORDER

Pursuant to the above stipulation, and for good cause appearing therefore, it is hereby ordered that the above action shall be dismissed with prejudice as to all Defendants and in its entirety, with each Party to bear his own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE